## UNANIMOUS WRITTEN CONSENT OF THE BOARD OF DIRECTORS OF PITTRA G.B. INTERNATIONAL, INC.

Arthur Kupperman is the sole Director of PITTRA G.B. International, Inc., a New Jersey Corporation. On the 9th day of February 2006, the Board of Directors of PITTRA G.B. International, Inc. (the "Company"), in accordance with the requirements of New Jersey Business Corporation Law, unanimously adopts the following resolutions:

RESOLVED, that in the judgment of the Board of Directors of the Company, it is desirable and in the best interest of the Company and its creditors that a petition be filed by the Company seeking relief under the provisions of Chapter 7, Title 11 of the United States Code, (the "Bankruptcy Code"); and it was further

RESOLVED, that Arthur Kupperman, the President of the Company is hereby authorized, empowered and directed, in the name and on behalf of the Company, to execute and verify a petition under Chapter 7 of the Bankruptcy Code and cause same to be filed in the United States Bankruptcy Court for the District of New Jersey at such time as said officer executing such Chapter 7 petition shall determine; and it was further

RESOLVED, that the law firm of Becker Meisel LLC is hereby employed as attorneys for the Company in the Company's Chapter 7 case; and it was further

RESOLVED, that Arthur Kupperman as President of the Company is hereby authorized, empowered and directed to execute and file all petitions, schedules, statement of financial affairs, motions, lists, applications, pleadings and other papers regarding the Company's Chapter 7 case, and take and perform any and all further acts and deeds which such officer deems necessary, proper or desirable in connection with the Company's Chapter 7 case; and it was further

RESOLVED, that Arthur Kupperman as President of the Company is hereby authorized, empowered and directed, in the name and on behalf of the Company, to cause the Company to enter

into, execute, deliver, certify and file and/or record, and perform such agreements, instruments, motions, affidavits, applications for approvals or rulings of government or regulatory authorities, certificates or other documents, and to take such other action as in the judgment of such officer shall be or become necessary, proper and desirable in connection with the Company's Chapter 7 case; and it was further

RESOLVED, that any and all past actions heretofore taken by Arthur Kupperman as President and/or sole director of the Company in the name and on behalf of the Company in furtherance of any or all of the preceding resolutions be, and the same hereby are, ratified confirmed and approved.

IN WITNESS WHEREOF, I have hereunto set my hand, this 9th day of February 2006.


/s/ Arthur Kupperman
ARTHUR KUPPERMAN, Sole Director