Form 180 – ntchrgfail

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 06–10889–MS
Chapter: 7
Judge: Morris Stern

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
PITTRA G.B. International, Inc.
6 South Street, Suite 301
Morristown, NJ 07960

Social Security No.:

Employer's Tax I.D. No.:
22–3834289

## NOTICE OF MISSING DOCUMENTS AND NOTICE OF DISMISSAL
## IF DOCUMENTS ARE NOT TIMELY FILED

1. Notice is hereby given that the following documents must be filed within 15 days from the date the bankruptcy petition was filed:

Schedules A, B, D, E, F, G and H, Summary of Schedules, Statement of Financial Affairs and Disclosure of Attorney Compensation

2. This case will be dismissed on February 24, 2006, unless the missing documents are received on or before that date by the Clerk of the Court at:

U.S. Bankruptcy Court
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

If you object to dismissal of the case, you may submit a written request for a hearing setting forth the reasons why dismissal would not be proper. Such request must be received by the Clerk of the Court on or before February 24, 2006.

THIS IS THE ONLY NOTICE YOU WILL RECEIVE. If you fail to timely comply with the requirements set forth above, this case will be dismissed.

Dated: February 10, 2006
JJW: blh

James J. Waldron
Clerk

If the schedules you file list more creditors than were included on the list of creditors(matrix) filed with your petition, you must file with your schedules an amended list of creditors(matrix), listing only those creditors being added, and a separate verified statement of changes (D.N.J. LBR 1007–2 and 1009–1). You must also pay a $26 fee for the amendment in the form of certified check,

money order, or attorney's check.