**WINDELS MARX LANE & MITTENDORF, LLP**
120 Albany Street Plaza
New Brunswick, N.J.  08901
(732) 846-7600/FAX:  (732) 846-8877
Gary F. Eisenberg, Esq. (GFE-6546)

Attorneys for Shaanxi Machinery and Equipment
Import and Export Corporation.

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

-----------------------------------------------------------x
                                                           :
In re:                                                     :
                                                           :  Chapter 7
PITTRA G.B. INTERNATIONAL, INC.          :  Case No.  06-10889 (MS)
                                                           :
                                                           :
                         Debtor.                           :
                                                           :
-----------------------------------------------------------x

**NOTICE OF APPEARANCE AND DEMAND FOR NOTICES**

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

**PLEASE TAKE NOTICE** that the undersigned law firm hereby appears as counsel for Shaanxi Machinery and Equipment Import and Export Corporation, a creditor and party in interest, and, pursuant to Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure, and Sections 102(1), 342 and 1109(b) of the United States Bankruptcy Code, demands that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon the following:

{40180875:1}

        Windels Marx Lane & Mittendorf, LLP
        120 Albany Street Plaza
        New Brunswick, New Jersey 08901
        Attn:   Gary F. Eisenberg, Esq.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure, and Sections 102(1), 342 and 1109(b) of the United States Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, any order or notice of any hearing, application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral and whether conveyed by mail, delivery, telephone, telex or otherwise, which affects or seeks to affect in any way any rights or obligations of Shaanxi Machinery and Equipment Import and Export Corporation

DATED: March 30, 2006        WINDELS MARX LANE & MITTENDORF, LLP

                                    Attorneys for Shaanxi Machinery and Equipment
                                    Import and Export Corporation

                                    By: :__/s/ Gary F. Eisenberg__
                                        Gary F. Eisenberg (GFE-6546)

                                    120 Albany Street Plaza
                                    New Brunswick, N.J.  08901
                                    (732) 846-7600/ FAX:  (732) 846-8877

## CERTIFICATION OF SERVICE

On March 30, 2006, I caused true copies of the foregoing Notice to be served upon each of the parties on the attached service list by mailing true copies of such papers to each of those persons at the addresses set forth on the service list by regular mail.

By: :__/s/ Syreeta L. Carrington__
Syreeta L. Carrington (SLC-9431)

Dated:  March 30, 2006

## SERVICE LIST

Douglas A. Kent, Esq.
354 Eisenhower Parkway
Suite 2800
Livingston, New Jersey 07039
Attorney for Debtor

Benjamin A. Stanziale, Jr., Esq.
Stanziale & Stanziale
91 Main Street
West Orange, New Jersey 07052
Trustee

Patricia A. Staiano, Esq.
Scarpone, Staiano & Savage, LLC
744 Broad Street
Suite 1901
Newark, New Jersey 07102
Attorneys for Trustee

{40180875:1}