George R. Hirsch (GH 8284)
**BRESSLER, AMERY & ROSS**
A Professional Corporation
P.O. Box 1980
Morristown, NJ 07962
325 Columbia Turnpike
Florham Park, NJ 07932
(973) 514-1200
Attorneys for Merrill Lynch Business Financial Services Inc.

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| In re: | Case No: 06-10889 (MS) |
|---|---|
| PITTRA G.B. International, Inc.<br><br>Debtor. | Chapter 7 |

### NOTICE OF APPEARANCE AND REQUEST FOR
### SERVICE OF NOTICE AND SERVICE OF PAPERS

**To:** All Persons on the Attached Service List

**Name of Party
Requesting Notice:** MERRILL LYNCH BUSINESS FINANCIAL SERVICES INC.

**Address For Notices:** BRESSLER, AMERY et al (*GRH*)
P.O. Box 1980
Morristown, New Jersey 07962

**Hand-Delivery At:**
325 Columbia Turnpike (3rd Floor)
Florham Park, New Jersey 07932

**PLEASE TAKE NOTICE** that pursuant to Sections 102(1), 342, and 1109(b) of the United States Bankruptcy Code and Federal Rules of Bankruptcy Procedure 2002 and 9010, Merrill Lynch Business Financial Services Inc. hereby appears in the referenced

case and requests that copies of all notices given or required to be given and all papers served or required to be served in this case be given to and served upon them as indicated above.

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only notices and papers referred to in the aforesaid Bankruptcy Code provisions and Rules, but also includes, without limitation: (i) any order or notice of any order or hearing in the case; (ii) all subpoenas and responses, motions, applications, demands, requests, petitions, complaints, answers, replies, plans of reorganization, disclosure statements, memoranda, briefs, and all other pleadings or submissions; (iii) all amendments, modifications, supplements, responses, oppositions, and objections to any pleadings or submissions; (iv) monthly reports, statements, schedules, and trustee reports.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance is a limited appearance for notice and service purposes only and is not to be construed as a waiver of any rights, including, but not limited to, the right to contest jurisdiction or demand trial by jury of any issue.

BRESSLER, AMERY & ROSS, P.C.
Attorneys for Merrill Lynch Business Financial Services Inc.

Dated: September 19, 2006      By: _____
GEORGE R. HIRSCH

2

In re: PITTRA G.B. International, Inc.
Case No: 06-10889 (MS)

Service List

---

**Electronic Mail Notice List:**

United States Trustee
U.S. Department of Justice
District of New Jersey
One Newark Center
Suite 2100
Newark, New Jersey  07102

Douglas A. Kent, Esq.
Becker Meisel, LLC
354 Eisenhower Parkway
Suite 2800
Livingston, New Jersey  07039
(Attorneys for Debtor)

Patricia A. Staiano, Esq.
Scarpone, Staiano & Savage, LLC
744 Broad Street
Suite 1901
Newark, New Jersey  07102
(Attorneys for Trustee)