# EXHIBIT "F"

## Abbott, Raymond (MLBFS-Chicago)

**From:** Spencer, Daniel (MLBFS-Chicago)
**Sent:** Monday, August 14, 2006 8:05 AM
**To:** Abbott, Raymond (MLBFS-Chicago)
**Subject:** FW: Status

```
Ray, FYI in Bill's absence.

-----Original Message-----
From: Latulippe, Laura (BFS - Wayne)
Sent: Saturday, August 12, 2006 6:07 PM
To: Spencer, Daniel (MLBFS-Chicago)
Subject: Fw: Status




--------------------------
Laura Latulippe
Finance Manager
Merrill Lynch Business Financial Services
610-687-7578 - Office
484-798-9063 - Cell
610-687-7947 - Fax

-----Original Message-----
From: Arthur Kupperman
To: Latulippe, Laura (BFS - Wayne)
CC: Stein, Kurt (PHILADELPHIA, PA-2)
Sent: Wed Aug 09 16:52:50 2006
Subject: Status

Laura


I have been speaking with the attorney almost daily and he thinks everything will be
resolved by the end of next week.




In the interim, it looks like we will finalize an asset purchase agreement next week and
have a closing just after Labor Day, at which point ML will be paid off in full.




I will provide a further update next week.




Best regards

Arthur Kupperman
```

1