BRIAN F. AMERY*
LAWRENCE D. ROSS*
DAVID W. REGER+
RICHARD V. JONES+
MARK T. McMENAMY+
DAVID P. SCHNEIDER+
MARK M. TALLMADGE+
EDWIN A. ZIPF+
GEORGE R. HIRSCH*
CYNTHIA J. BORRELLI DODGE*
ERIC L. CHASE*
DAVID H. PIKUS*
JORDAN S. WEITBERG*
DAVID J. LIBOWSKY*
DONALD J. CAMERSON, II+
DAVID F. BAUMAN+
DOMINICK F. EVANGELISTA*
GENEVIEVE K. LAROBARDIER*
NANCY C. McDONALD+
LAWRENCE E. FENSTER△
SAMUEL J. THOMAS*
LINDA S. MIRSKY BRENNEMAN*
DIANA C. MANNING*
BENNETT FALK°
KEITH OLIN◻
ALEX J. SABO◻
FRANK J. CUCCIO*
ANDREW W. SIDMAN△
RICHARD C. SZUCH+

OF COUNSEL
RICHARD R. SPENCER, JR.+

COUNSEL
KENNETH M. MOLTNER△
MICHAEL J. CONNOLLY+
DOUGLAS C. FURLONG+

BERNARD BRESSLER
(1928-2005)

# BRESSLER, AMERY & ROSS, P.C.
## ATTORNEYS AT LAW

P.O. BOX 1980
MORRISTOWN, NJ 07962
(973) 514-1200
FAX: (973) 514-1660

HAND DELIVERY:
325 COLUMBIA TURNPIKE
FLORHAM PARK, NJ 07932

www.bressler.com

NEW YORK OFFICE
17 STATE STREET
NEW YORK, NY 10004
(212) 425-9300

FLORIDA OFFICE
HUNTINGTON CENTRE II
2801 S.W. 149TH AVENUE
MIRAMAR, FL 33027
(954) 499-7979

JONATHAN M. PRINCE+
DANIEL R. KORB, JR+
RICHARD J. TEER*
MICHAEL S. RUBIN+
MICHAEL A. COLODNEY+
KIRSTEN McCAW GROSSMAN*
KAREN E. MURPHY+
MATTHEW C. PLANT*
KALMAN G. MAGYAR*
JILL E. DOKSON◻
IZABELA C. REIS°
ROBIN C. STEPHANA
CHRISTIAN D. JOHNSON+
STEVEN G. HEMMERT◻
ELYSSA S. KATES*
ANGELA M. SCAFURI+
CHRISTOPHER M. GALUSHA+
DENNISE S. MULVIHILL*
JASON M. SCHOENBERG+
COREN H. STERN°
SETH V. ALHADEFF◻
CARLA DUQUE*
JASON L. SMITH+
DAVID J. BUTLER*
BENJAMIN J. DiLORENZO+
DIANA C. CAMPBELL△
THOMAS A. McKINNEY*
DAVID G. SMITHAM*
DOUGLAS B. LIPSKY*
YOONSUN CHUNG*
NIKOLAS S. KOMYATI*
REGINA C. PEPE*
RICKI L. RHEIN*
DIANA M. HEDRICK◻
MARIE SARACENI MARINO+
CHRISTOPHER G. MASSEY*
JACQUELYN R. TRUSSELL*
SMIT KAPADIA*
JONATHAN L. CASSADY+
MATTHEW E. WOLPER◻
RISA M. DAVID+
ANDREW M. GREENIDGE◻

*ADMITTED IN NJ AND NY
+ADMITTED IN NJ
△ADMITTED IN NY
◻ADMITTED IN FL
°ADMITTED IN FL AND NY

WRITER'S DIRECT INFORMATION:

September 27, 2006

## VIA ECF AND ELECTRONIC MAIL

Honorable Morris Stern, U.S.B.J.
United States Bankruptcy Court
For the District of New Jersey
M.L. King, Jr. Federal Building
 & Courthouse
50 Walnut Street
Third Floor
Newark, New Jersey 07102

      Re:    **PITTRA G.B. International, Inc.**
             **Case No: 06-10889 (MS)**

             **Application for Entry of Stipulation and Order**
             **Allowing Late Filing of Claim**

Dear Judge Stern:

      Please accept this letter as an application for the Court to enter the enclosed Stipulation as an Order, which counsel to the Trustee and the undersigned have signed. The Stipulation provides that the Proof of Claim of Merrill Lynch Business Financial Services Inc. ("MLBFS") filed on September 21, 2006 shall be deemed timely filed. As

BRESSLER, AMERY & ROSS, P.C.

Hon. Morris Stern, U.S.B.J.
September 27, 2006
Page 2

explained in the Stipulation (and in the Declaration of Catherine L. Briick filed in related Adversary Proceeding No: 06-02702), the Debtor's Schedules did not list MLBFS as a creditor. Nor was MLBFS listed in the Creditor Matrix. MLBFS therefore did not receive notices from the Bankruptcy Court regarding the referenced case, including notice of the June 12, 2006 claims filing deadline.

Copies of this Application and the Stipulation are being served by ECF on the Debtor's counsel, the Office of the United States Trustee, and parties having filed Notices of Appearance in this bankruptcy case.

If the Stipulation is acceptable to Your Honor and there is no timely objection, we would appreciate the Court entering the Stipulation as an Order on the Docket.

We thank the Court for its attention to this matter.

Respectfully,

George R. Hirsch

GRH\msk
Enclosure
cc:    **All Via ECF and Electronic Mail w/ Encl.**
       Patricia A. Staiano, Esq.
       Douglas A. Kent, Esq.
       Michael A. Artis, Esq.
       Gary F. Eisenberg, Esq.