**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Caption in compliance with D.N.J. LBR 9004-2(c)

George R. Hirsch, Esq. (GH 8284)
BRESSLER, AMERY & ROSS, P.C.
P.O. Box 1980
Morristown, NJ 07962
325 Columbia Turnpike
Florham Park, NJ 07932
(973) 514-1200
Attorneys for Merrill Lynch Business Financial Services Inc.

In Re: PITTRA G.B. INTERNATIONAL, INC.

Debtor.

Case No. Case No: 06-10889 (MS)

Chapter 7

Hearing Date:

Judge: Hon. Morris Stern

## STIPULATION AND ORDER
## ALLOWING LATE FILING OF CLAIM

The relief set forth on the following pages, numbered two (2) through two (2), is hereby **ORDERED**.

**(Page 2)**
Debtor: PITTRA G.B. INTERNATIONAL, INC.
Case No: 06-10889 (MS)
Caption of Order: STIPULATION AND ORDER
ALLOWING LATE FILING OF CLAIM

The Debtor having failed to list Merrill Lynch Business Financial Financial Services Inc. ("MLBFS") as a creditor in the Debtor's Schedules, and the Debtor having failed to include MLBFS in the creditor matrix, and MLBFS not having received any notices from the Bankruptcy Court regarding the referenced case, including notice of the June 12, 2006 claims filing deadline, and in light of the additional facts set forth in the Declaration of Catherine L. Brick dated September 20, 2006 and filed in related Adversary Proceeding No. 06-02702 (MS), and for good cause shown;

IT IS HEREBY ORDERED that the Proof of Claim of MLBFS filed on September 21, 2006 in the amount of $4,187,250.43 (Claim No. 8 on the Claims Docket in this case) shall be deemed timely filed and shall not be disallowed based upon its having been filed after the claims filing deadline.

We hereby consent to the form and substance of this Order:

| SCARPONE STAIANO & SAVAGE LLC | BRESSLER, AMERY & ROSS, P.C. |
|---|---|
| Attorneys for Benjamin A. Stanziale, Jr., Chapter 7 Trustee | Attorneys for Merrill Lynch Business Financial Services Inc. |
| By: _____ 9/26/06 | By: _____ 9/26/06 |
| Patricia A. Staiano (PS-8954) Dated | George R. Hirsch (GH 8284) Dated |
| 744 Broad Street, Suite 1901 | P.O. Box 1980 |
| Newark, New Jersey 07102 | Morristown, NJ 07962 |
| (973) 648-0065 | 325 Columbia Turnpike |
| | Florham Park, New Jersey 07932 |
| | (973) 514-1200 |