HERRICK, FEINSTEIN LLP
Andrew C. Gold (AG - 4875)
Paul Schafhauser (PS - 1337)
John M. August (JA - 6451)
One Gateway Center
Newark, New Jersey 07102
(973) 274-2000
Attorneys for JPMorgan Chase Bank, N.A.

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>PITTRA G.B. INTERNATIONAL, INC.,<br><br>                        Debtor. | In Proceedings Under Chapter 7<br>of the United States Bankruptcy Code<br><br>Case No. 06-10889 (MS) |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR NOTICES AND SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that JPMorgan Chase Bank, N.A. appears herein through its undersigned attorneys pursuant to United States Bankruptcy Rule 9010 and requests that all notices (including those required by Bankruptcy Rule 2002) in this case and any related adversary proceeding be mailed to the undersigned, unless otherwise directed by the Court, at the address set forth below.

**PLEASE TAKE FURTHER NOTICE** that request is hereby also made for service of copies of all papers, including but not limited to reports, pleadings, motions, applications or petitions, schedules, plans, disclosure statements, and answering or reply papers filed in the above-captioned case or any related adversary proceeding by mailing one copy of each, unless otherwise directed by the Court, to the following:

>John M. August, Esq.
>Herrick, Feinstein LLP
>One Gateway Center
>Newark, New Jersey 07102
>jaugust@herrick.com

**PLEASE TAKE FURTHER NOTICE** that JPMorgan Chase Bank, N.A. does not intend this Notice of Appearance and Request for Notices and Service of Papers, nor any subsequent appearance, pleading, claim or suit, to waive any rights to which it may be entitled including, but not limited to: (i) its right to have final orders in noncore matters entered only after de novo review by a District Judge; (ii) its right to trial by jury in any proceeding related to this case; (iii) its right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (iv) any rights, claims, actions, defenses, setoffs or recoupments to which it may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments it expressly reserves.

>HERRICK, FEINSTEIN LLP
>Attorneys for JPMorgan Chase Bank, N.A.
>
>
>By:   John M. August
>　　　 JOHN M. AUGUST

Dated: October 13, 2006
　　　　 Newark, New Jersey