| | |
|---|---|
| George R. Hirsch, Esq.<br>BRESSLER, AMERY & ROSS<br>A Professional Corporation<br>P.O. Box 1980<br>Morristown, NJ 07962<br>325 Columbia Turnpike<br>Florham Park, NJ 07932<br>(973) 514-1200<br>Attorneys for Merrill Lynch Business Financial Services Inc. | Hearing Date: November 13, 2007<br>12:00 p.m.<br>Oral Argument Requested |

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>PITTRA G.B. INTERNATIONAL, INC.,<br><br>Debtor. | Case No: 06-10889 (MS)<br><br>Chapter 7<br><br>**NOTICE OF MOTION TO DISMISS** |

Merrill Lynch Business Financial Services, Inc. ("MLBFS") has filed papers with the Court for an Order seeking to dismiss the above bankruptcy case.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in these bankruptcy cases. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the Court to grant the relief requested or if you want the Court to consider your view on the motion, then on or before November 6, 2007, you or your attorney must:

1.   File with the Court a written response explaining your position at:

   Clerk
   United States Bankruptcy Court
   M.L. King Jr. Federal Building, Third Floor
   50 Walnut Street
   Newark, NJ 07102

   (mailing address: US Bankruptcy Court, District of New Jersey, PO Box 1352, Newark, NJ 07101-1352)

2. If you mail your request to the Court for filing, you must mail it early enough so the Court will **receive** it on or before the date stated above.

3. You must also mail a copy to:

George R. Hirsch, Esq.
Bressler, Amery & Ross, P.C.
P.O. Box 1980
Morristown, New Jersey 07962

(for hand or overnight delivery to: George R. Hirsch, Esq., Bressler, Amery & Ross, P.C., 325 Columbia Turnpike, Florham Park, New Jersey 07932)

and

All other persons on the attached Service List

4. Attend the hearing scheduled to be held on Tuesday, November 13, 2007 at 12:00 a.m., before the Honorable Morris Stern, U.S.B.J. at the United States Bankruptcy Court, U.S. Bankruptcy Court, 50 Walnut Street, Newark, New Jersey.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

BRESSLER, AMERY & ROSS, P.C.
Attorneys for Merrill Lynch Business Financial
Services Inc.

By:_____
George R. Hirsch

Dated: October 23, 2007

875540_1                                       2