George R. Hirsch, Esq.
BRESSLER, AMERY & ROSS
A Professional Corporation
325 Columbia Turnpike
Florham Park, New Jersey 07932
P.O. Box 1980
Morristown, New Jersey 07962
(973) 514-1200
Attorneys for Merrill Lynch Business
Financial Services Inc.

Hearing Date: November 13, 2007
12:00 p.m.
Oral Argument Requested

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>PITTRA G.B. INTERNATIONAL, INC.,<br><br>    Debtor. | Case No: 06-10889 (MS)<br><br>Chapter 7<br><br>**MOTION TO DISMISS** |

Merrill Lynch Business Financial Services Inc. ("MLBFS"), by and through its attorneys, Bressler, Amery & Ross, P.C., hereby moves for entry of an order dismissing the above bankruptcy case.

Unless otherwise directed by the Court, this motion shall be returnable at:

12:00 p.m. on Tuesday, November 13, 2007

before the Honorable Morris Stern, United States Bankruptcy Judge, at:

United States Bankruptcy Court
Martin Luther King, Jr. Federal Bldg. & U.S. Courthouse
50 Walnut Street, Third Floor
Newark, NJ 07102

In support of the instant motion, the undersigned shall rely upon the Declaration and Brief submitted herewith. A proposed form of Order is also submitted herewith.

Movant hereby:

☒ requests oral argument

☐ waives oral argument; or

☐ requests oral argument only if opposition to this motion is filed with the Court.

Pursuant to *D.N.J. LBR* 9013-1, all opposition papers and cross-motions must be filed and served at least seven (7) days before the return date hereof.

BRESSLER, AMERY & ROSS, P.C.<br>
Attorneys for Merrill Lynch Business Financial Services Inc.<br><br>
By: _____<br>
George R. Hirsch

Dated: October 23, 2007