## HELLRING LINDEMAN GOLDSTEIN & SIEGAL LLP

COUNSELLORS AT LAW

BERNARD HELLRING (1916-1991)
JOEL D. SIEGAL [△]
JONATHAN L. GOLDSTEIN [△]
MICHAEL EDELSON
MARGARET DEE HELLRING [△]
RICHARD D. SHAPIRO [△]
CHARLES ORANSKY [△]
RICHARD B. HONIG [△]
RICHARD K. COPLON [△]
ROBERT S. RAYMAR [△]
RONNY J. G. SIEGAL [△]
STEPHEN L. DREYFUSS [△]
JOHN A. ADLER [△]
JUDAH I. ELSTEIN [△]
BRUCE S. ETTERMAN [△]
MATTHEW E. MOLOSHOK [△]
DAVID N. NARCISO [△]
ROBERT B. ROSEN [△]
SHERYL E. KOOMER
PATRICIA A. STAIANO
RONNIE F. LIEBOWITZ
LISA P. PARKER
CHRISTY L. SAALFELD [△]
CHAMISE CARTER [△]

ONE GATEWAY CENTER
NEWARK, NEW JERSEY 07102-5386
(973) 621-9020

FAX (973) 621-7406
www.hlgslaw.com

OF COUNSEL
PHILIP LINDEMAN II [△]

[△] NJ & NY



October 30, 2007

**Via Electronic Mail**
Honorable Morris Stern, U.S.B.J.
United States Bankruptcy Court
District Of New Jersey
Dr. Martin L. King, Jr. Federal Building
50 Walnut Street
Newark, New Jersey 07102

Re:  In re: **PITTRA G.B. International, Inc.**
     **Case No. 06-10889 (MS)**
     **Return Date: November 13, 2007 at 12:00 p.m.**

Dear Judge Stern:

This firm represents Benjamin A. Stanziale, Jr., Chapter 7 Trustee ("Trustee") for PITTRA G.B. International, Inc. ("Debtor"). Let this letter serve to confirm that the Court has granted the Trustee's request to hold an evidentiary hearing on the motion to dismiss the case filed by Merrill Lynch Business Financial Services, Inc. ("MLBFS"). The evidentiary hearing on the motion to dismiss and the hearing on the Trustee's motion to compel MLBFS to comply with outstanding discovery and seeking sanctions will both be heard by the Court

HELLRING LINDEMAN GOLDSTEIN & SIEGAL LLP

Hon. Morris Stern, U.S.B.J.    -2-    October 30, 2007

on the original return date and time, November 13, 2007 at 12:00 p.m. Per the Court's instructions, we are notifying all interested parties as to the scheduling of these matters by this letter. We thank the Court for its consideration of the Trustee's request.

Respectfully submitted,

*Patricia A. Staiano*
Patricia A. Staiano

PAS:bw
cc: Benjamin A. Stanziale, Jr., Esq. (via email)
    Martha Hildebrandt, AUST (via email)
    James A. Scarpone, Esq. (Via email)
    George R. Hirsch, Esq. (via email)
    John M. August, Esq. (via email)
    Ben H. Becker, Esq. (via email)
    A. Michael Covino, Esq. (via email)
    Andrew Anselmi, Esq. (via facsimile)
    John Gleason, Esq. (via email)
    Frederick B. Polak, Esq. (via email)
    Vincent F. Papalia, Esq. (via email)