George R. Hirsch
BRESSLER, AMERY & ROSS
A Professional Corporation
P.O. Box 1980
Morristown, NJ  07962
325 Columbia Turnpike
Florham Park, NJ 07932
(973) 514-1200
Attorneys for Merrill Lynch Business Financial Services Inc.

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>PITTRA G.B. INTERNATIONAL, INC.<br><br>        Debtor. | Case No:  06-10889 (MS)<br><br>Chapter 7<br><br>**REPLY DECLARATION OF**<br>**GEORGE R. HIRSCH** |

**GEORGE R. HIRSCH,** of full age, pursuant to 28 U.S.C. § 1746, declares as follows:

1.      I am a member of Bressler, Amery & Ross, P.C., attorneys for Merrill Lynch Business Financial Services Inc. ("MLBFS").  I make this declaration in response to the Trustee's opposition to MLBFS' motion to dismiss this bankruptcy case.

2.      The Trustee's unverified Letter Memorandum erroneously asserts that we undertook no investigation before filing this motion and that the motion was a response to the Trustee's motion to compel.

3.      Prior to filing this motion, I personally reviewed thousands of pages of documents, many of which had been produced by the Becker Meisel and Budd Larner law firms.  I also reviewed deposition and Rule 2004 examination transcripts and listened to Section 341(a) recordings.

4.    My review led to the questions raised by this motion.  Those questions remain unanswered to this day, as the answers depend upon the credibility of Paulette Krelman and Arthur Kupperman.  Ms. Krelman and Mr. Kupperman live and work together.  Since 1995, they have "spent most of the time together."  <u>See</u>, Exhibit "A" hereto.  April 19, 2007 Transcript at 47:11-48:10.

5.    Testifying in a Rule 2004 Examination on April 19, 2007 in her own bankruptcy case (Case No:  07-10121) on April 19, 2007, Paulette Krelman claimed to not remember if she was shareholder or director of PITTRA G.B. International, Inc., the Debtor herein.  <u>See</u>, Exhibit "A" hereto, Tr. at 54:16-18, 55:12-14.  She also testified that Arthur Kupperman signed her name to documents without authorization.  Tr. at 96:10-19.

6.    As for the instant motion to dismiss being a "response" to the Trustee's motion to compel, the short time frame between filings demonstrates the inaccuracy of that assertion.  The Trustee's motion to compel was filed at 10:05 a.m. on October 23, 2007.  <u>See</u>, Exhibit "B" hereto.  We filed the instant motion to dismiss that same afternoon.  <u>See</u>, Exhibit "C" hereto.  We also hand delivered to the Trustee's counsel all documents which we had not produced previously, except for MLBFS' internal operating manuals, guidelines, and procedures.  We objected to the Trustee's request for those. <u>See</u>, Exhibit "D" hereto.  In fact, we had been preparing the motion to dismiss for some time before the motion to compel.  This law firm's document management system reflects that the first draft of my Declaration in support of this motion to dismiss was typed on October 17, 2007, nearly a week before the Trustee filed the motion to compel.  <u>See</u>, Exhibit "E" hereto.

2

7.    This motion to dismiss is not about MLBFS or its motives.  MLBFS holds a perfected lien on the assets of this Debtor.  MLBFS has lost more to the Debtor and its principals than any other creditor.  MLBFS is the single largest creditor of this bankruptcy estate.  We brought this motion because a bankruptcy case requires proper corporate authorization, and there is a serious question as to whether this case was properly authorized.

8.    The known facts are that the directors of the Debtor were Ms. Krelman and Mr. Kupperman.  We then have the following - all from Paulette Krelman and Arthur Kupperman who have been inseparable since 1995:

A.    Letter regarding sale of stock and resignation letter purportedly from Paulette Krelman dated November 1, 2004;

B.    A Financial Statement from Paulette Krelman to MLBFS dated May 26, 2005 stating that she is a partner, member, or officer <u>and</u> a shareholder of the Debtor;

C.    Arthur Kupperman's signature on the Debtor's Petition as "sole director;"

D.    Paulette Krelman's Schedules in 07-10121, which on their face indicate that she is a shareholder of PITTRA GB International, Inc. without any end date whatsoever;

3

E.   Paulette Krelman's April 19, 2007 Rule 2004 testimony that she does not recall if she was a shareholder or director of PITTRA;

F.   Paulette Krelman's April 19, 2007 Rule 2004 testimony that Arthur Kupperman signed her name to documents without her authorization; and

G.   Paulette Krelman's November 13, 2007 Declaration (first sent to me on November 19) that she signed the sale and resignation letters but that she did not sign the 2005 Financial Statement. She does not say that she did not authorize the Financial Statement.

9.   Respectfully, the facts are the facts. The documents are inconsistent with each other, and Ms. Krelman's Rule 2004 testimony does not easily reconcile with her new Declaration, which itself does not answer all of the open questions. It is up to the Court to decide whether or not these facts and documents warrant further inquiry (such as, for example, to assess the credibility of Ms. Krelman and/or Mr. Kupperman).

10.   Finally, I note that the Trustee's unverified contention that I did not attempt to reach his counsel following receipt of Ms. Krelman's Declaration is incorrect.

I declare under penalty of perjury that the foregoing is true and correct.

George R. Hirsch

Dated: November 29, 2007

4

# EXHIBIT "A"

1

2   ----------------------------------------------- x

  IN RE:

3

  PAULETTE KRELMAN

4                                Chapter 7

                     Debtor,      Case No.

5                                07-10121

  ----------------------------------------------- x

6

7        DEPOSITION of PAULETTE KRELMAN, taken by

8   the  Respective Parties, pursuant to subpoena,

9   held at the offices of Bressler, Amery & Ross,

10   P.C., 325 Columbia Turnpike, Florham Park, New

11   Jersey, on April 19th, 2007, at 10:12 a.m., before

12   a Notary Public of the State of New York.

13

14

15

16

17

18

19

20

21

22   ************************************************

23        BARRISTER REPORTING SERVICE, INC.

                120 Broadway

24          New York, N.Y. 10271

            212-732-8066

25

46

```
1                    Krelman
2    make any comments during the course of
3    the deposition.  I was simply
4    attempting to clarify a bit of
5    confusion that I had with respect to
6    an issue.
7         Furthermore, I think that I
8    have the right to interject an
9    objection to form without making a
10   speaking objection.  To the extent
11   that that can be accomplished with
12   Mr. Lubetkin, I certainly can do so.
13   I don't intend to interject myself in
14   this deposition.
15        MR. HIRSCH:  If you make an
16   objection to the form, it is not on
17   behalf of the witness; is that
18   correct?
19        MR. POLAK:  That's correct.
20        MR. HIRSCH:  But you'll only do
21   that if you're unsuccessful through
22   the other mechanisms that we've
23   discussed?
24        MR. POLAK:  That's correct.  Is
25   there a particular part of your leg --
```

47

```
1                    Krelman
2         MR. LUBETKIN:  Off the record.
3         (Discussion held off the
4    record.)
5         MR. HIRSCH:  The record should
6    reflect that counsel are all laughing
7    and I'm not sure whether that's at me
8    or at what Mr. Lubetkin said or just
9    the general situation, but it's nice
10   to have people laugh.
11   Q    Do you live with Mr. Kupperman?
12   A    Yes.
13   Q    Do you work with Mr. Kupperman?
14   A    Yes.
15   Q    Do you do other things with
16   Mr. Kupperman?
17   A    What's "other things"?
18   Q    Dine?
19   A    Yes.
20   Q    Go to the movies?
21   A    Yes -- we don't go to the movies, but
22   yes I do other things.
23   Q    You and Mr. Kupperman spend a fair
24   amount of time together?
25   A    Yes.
```

48

```
1                    Krelman
2    Q    How would you describe the extent of
3    the time you spend together?
4    A    We're most of the time together.
5    Q    And that's been true for how long?
6    A    For as long as we have started working
7    together.
8    Q    And that was when?
9    A    It started in '95, to the best of my
10   recollection.
11   Q    Do you and Mr. Kupperman speak with
12   each other?
13   A    Yes.
14   Q    Do you speak with each other about the
15   work you're doing?
16   A    Yes.
17   Q    And the work that he's doing?
18   A    I speak about mostly what I'm involved
19   in.  I cannot say things that he's involved
20   in that I don't know.
21   Q    Obviously, you would agree that you
22   can only know what you know?
23   A    Correct.
24   Q    Does Mr. Kupperman speak?
25   A    Yes.
```

49

```
1                    Krelman
2    Q    He talks to you; doesn't he?
3    A    Yes.
4    Q    If he's going away, he's leaving on a
5    business trip, does he tell you where he's
6    going?
7    A    Yes.
8    Q    Do you have any reason to believe that
9    he is not truthful with you about his
10   travels?
11   A    No reason.
12   Q    And other than the one trip you
13   mentioned to the Caribbean, to the best of
14   your knowledge, has Mr. Kupperman been to the
15   Caribbean since 1995?
16   A    To the best of my recollection, no.
17   Q    And how about any other country in the
18   western hemisphere south of the border
19   between the United States and Mexico?
20   A    I do not recall, no.
21   Q    I do not recall, is that the same as
22   no?
23        MR. LUBETKIN:  I object to the
24   form.
25        MR. HIRSCH:  It's a question.
```

54

```
1              Krelman
2    International, Inc.?
3    A    Correct.
4    Q    Is it the case that you never
5    communicated with an attorney where you were
6    acting on behalf of PGB International, LLC?
7    A    Correct.
8    Q    Since 2002, have you communicated with
9    an attorney or they with you with regard to
10   PITTRA G.B. International, Inc. where there
11   was a human intermediary?
12   A    No.
13   Q    Same question with regard to PGB
14   International, LLC.
15   A    No.
16   Q    Were you a shareholder of PITTRA G.B.
17   International, Inc.?
18   A    I can't recall.
19   Q    Were you a director of PGB
20   International, Inc.?
21   A    I can't recall.
22   Q    Were you an officer of PGB
23   International, Inc.?
24   A    I can't recall.
25   Q    Do you hold an interest or did you
```

55

```
1              Krelman
2    ever hold an interest in --
3         MR. HIRSCH: I'm sorry, I think
4    I said that wrong the last time. Let
5    me just go through it again.
6    Q    Were you ever a holder of PITTRA G.B.
7    International, Inc.?
8    A    I don't recall.
9    Q    Were you ever an officer of PITTRA
10   G.B. International, Inc.?
11   A    I do not recall.
12   Q    Were you ever a director of PITTRA
13   G.B. International, Inc.?
14   A    I do not recall.
15   Q    Did you ever hold an interest in PGB
16   International, LLC?
17   A    To the best of my recollection, yes.
18   Q    Did you hold any other position with
19   PGB International, LLC at any time?
20   A    I can't recall.
21   Q    Did you ever since 2002 did you speak
22   with Michael Rosenbaum on any occasion?
23   A    Yes, in private gatherings.
24   Q    On how many occasions did you speak
25   with Michael Rosenbaum since 2002?
```

56

```
1              Krelman
2    A    Two, three, and very briefly, hello,
3    how are you.
4    Q    When did these two or three occasions
5    take place?
6    A    At gatherings.
7    Q    Is Michael Rosenbaum part of your
8    family?
9    A    Not my family.
10   Q    Well, what family gatherings were they
11   that Michael Rosenbaum was present at that
12   you were present?
13   A    Well, he's Art's cousin. He's Art's
14   mother's nephew, and when there is an event
15   such as, perhaps, an anniversary or things of
16   that nature where, you know, family members
17   normally do not interact, meet, that would be
18   the occasion.
19   Q    Has Michael Rosenbaum, since 2002,
20   been to your home?
21   A    No.
22   Q    Have you been to his home?
23   A    I went to his home. The last time I
24   recall was for a Sweet 16 party, which was
25   for the granddaughter of a sister.
```

57

```
1              Krelman
2    Q    When was that?
3    A    I can't recall.
4    Q    Did you, since 2002, ever speak with
5    Mr. Rosenbaum on the telephone?
6    A    Never.
7    Q    Have you ever been to the offices of
8    the Budd Larner firm?
9    A    Yes.
10   Q    Have you been there since 2002?
11   A    I don't recall when I went.
12   Q    The last time you were there was
13   approximately when?
14   A    I don't recall.
15   Q    Do you recall whom you met with when
16   you were there?
17   A    No.
18   Q    Did you meet with an attorney or
19   attorneys when you met with the Budd Larner
20   firm?
21   A    Well, obviously there was one or more
22   attorneys there, but I don't recall who.
23   Q    Without stating what was said, what
24   entity or business did your visit there
25   relate to?
```

94

1        Krelman
2        When they would talk to make an
3    alliance with G.B., Ross Browne's business,
4    then it came about that he would retain a
5    certain percentage of ownership.
6    Q    And that was first PITTRA; correct?
7    A    Yes.
8    Q    Whose idea was it that Mr. Kupperman
9    would continue to be involved in the
10   business?
11   A    Whose ID?
12   Q    Idea, I-D-E-A.
13   A    That he would continue to be involved
14   in --
15   Q    In the business when it switched from
16   PITTRA to PGB.
17       MR. LUBETKIN:  Object to the
18       form.
19   A    I don't know anyone's particular idea.
20   It was just a state of fact.
21   Q    But you were okay with that; is that
22   correct?
23   A    Yes.
24   Q    When I asked you about E-mails with
25   the accountant, Mr. Sy Helderman, I believe

95

1        Krelman
2    you indicated that you didn't remember
3    E-mails?
4    A    Correct.
5    Q    Are you saying there weren't any or
6    you just don't remember whether or not there
7    were any?
8    A    I don't remember.
9    Q    But you also said you were the client
10   contact; do you recall saying that?
11   A    Correct.
12   Q    Are you changing your testimony now?
13       MR. LUBETKIN:  Object to the
14       form of that question.
15   A    I don't believe I changed anything.
16   Q    So, you were the client contact?
17       MR. LUBETKIN:  Asked and
18       answered.
19       MR. HIRSCH:  Fine.  I withdraw
20       the question.
21   A    I'm sorry, I understand what you're
22   saying.
23       MR. HIRSCH:  I withdraw the
24       question.
25       THE WITNESS:  I understand what

96

1        Krelman
2    you're saying.  He considered me the
3    contact to whom to send at the
4    business report, which consists of two
5    pages.
6        The contact with these people
7    as it pertains to the performance of
8    the accounting was done by Arthur
9    Kupperman.
10   Q    Did Mr. Kupperman ever sign your name
11   to a document?
12   A    Yes.
13   Q    Did he ever sign your name to a
14   document where you had not authorized him to
15   sign your name to the document?
16   A    Yes.
17   Q    What document was that or what
18   document or documents were that?
19   A    I can't recall.
20   Q    You don't --
21   A    I don't recall the document.  I know
22   it exists.  I can't name the documents where
23   that was done.
24   Q    It happened more than once?
25   A    According to the complaint, yes.

97

1        Krelman
2    Q    No, according to you.
3    A    Well, I go by the complaint.
4    Q    I'm asking you if you have knowledge
5    --
6    A    Yes.
7        MR. LUBETKIN:  Again, please
8        wait until he finishes his question
9        before you answer.
10   Q    When did you first learn that there
11   was a time or times when Mr. Kupperman signed
12   your name to a document or documents and you
13   had not authorized him to do so?
14   A    The first time I learned was in my
15   attorney's office, when we reviewed the
16   complaint.
17   Q    Was that the complaint of Merrill
18   Lynch Business Financial Services in the
19   District Court action which was filed in
20   approximately October of 2006?
21   A    I can only say yes to a complaint by
22   Merrill Lynch.  I don't know about the other
23   details.
24   Q    Upon learning that, did you confront
25   Mr. Kupperman?

# EXHIBIT "B"

**George Hirsch**

---

**From:** cmecf_help_desk@njb.uscourts.gov [mailto:cmecf_help_desk@njb.uscourts.gov]
**Sent:** Tuesday, October 23, 2007 10:06 AM
**To:** CourtMail@njb.uscourts.gov
**Subject:** Ch-7 06-10889-MS Motion to Compel-PITTRA G.B. Intern

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.**

### U.S. Bankruptcy Court

### District of New Jersey

Notice of Electronic Filing

The following transaction was received from Staiano, Patricia A. entered on 10/23/2007 at 10:05 AM EDT and filed on 10/23/2007
**Case Name:**       PITTRA G.B. International, Inc.
**Case Number:**   06-10889-MS
**Document Number:** 39

**Docket Text:**
Motion to Compel Compliance by Merrill Lynch Business Financial Services, Inc. with Subpoena, Holding Merrill Lynch Business Financial Services, Inc. in Contempt and Awarding Costs Filed by Patricia A. Staiano on behalf of Benjamin A. Stanziale Jr.. Hearing scheduled for 11/13/2007 at 12:00 PM at MS - Courtroom 3A, Newark. (Attachments: # (1) Application in Support of Motion with exhibits# (2) Proposed Order) (Staiano, Patricia)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** C:\Documents and Settings\bjohnson.000\Desktop\06-10889 Compel Compliance - NOM.pdf

**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1002741850 [Date=10/23/2007] [FileNumber=17008517
-0] [74939814ad98b467895c05cf355e7913bcb22745e94dfad773d317f1fc90e8beb
e3ec46d66cea79bc36183438bd67e902a258e6273c309d0f4f5ba274583e0f0]]
**Document description:** Application in Support of Motion with exhibits
**Original filename:** C:\Documents and Settings\bjohnson.000\Desktop\06-10889 Compel Compliance - APP.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1002741850 [Date=10/23/2007] [FileNumber=17008517
-1] [749df92314c32623a4b5af7cd7d95dde276649f2774e6cc8b23d904f526ee8c7f
7b550d038ecdafcfecba8b5a7c5afeba0c1a5a96b69b0a2f53c947ff01d7920]]
**Document description:** Proposed Order
**Original filename:** C:\Documents and Settings\bjohnson.000\Desktop\06-10889 Compel Compliance - ORD.pdf

**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1002741850 [Date=10/23/2007] [FileNumber=17008517
-2] [614d1aa9a20180ed48d60752b499474329ffa5354ddd99832f6049fe585a89695
9ef67261bdec5bdec29a62102213ed887ebe68114a14947c498f6a291468ef9]]

11/28/2007

**06-10889-MS Notice will be electronically mailed to:**

U.S. Trustees Office

Christopher P. Anton    canton@budd-larner.com, filingnotice@budd-larner.com

John M. August    jaugust@herrick.com

Gary F. Eisenberg    geisenberg@herrick.com, geisenberg@herrick.com

George R. Hirsch    ghirsch@bressler.com, mkraft@bressler.com;mcaputo@bressler.com;mconnolly@bressler.com

Vincent F. Papalia    vfp@saiber.com, Bonnie@saiber.com

James A. Scarpone    jscarpone@rfbclaw.com, calt@rfbclaw.com

Patricia A. Staiano    pstaiano@hlgslaw.com, pstaiano@hlgslaw.com

Benjamin A. Stanziale    trustee@stanzialelaw.com, nj45@ecfcbis.com

**06-10889-MS Notice will not be electronically mailed to:**

Andrew E. Anselmi
McCusker, Anselmi, Rosen, et. al
127 Main Street
Chatham, NJ 07928

Jonathan T.K. Cohen
McCusker, Anselmi, Rosen et al.
127 Main Street
Chatham, NJ 07928

Hellring, Lindeman, Goldstein & Siegal
Hellring, Lindeman, Goldstein & Siegal
One Gateway Center
8th Floor
Newark, NJ 07102

PITTRA G.B. International, Inc.
6 South Street, Suite 301
Morristown, NJ 07960

Robertson, Freilich, Bruno & Cohen
Robertson, Freilich, Bruno & Cohen
One Riverfront Plaza 4th fl.
Newark, NJ 07102

Michael M. Rosenbaum
Budd Larner, P.C.
150 John F. Kennedy Parkway
CN 1000
Short Hills, NJ 07078-0999

Scarpone Staiano LLC
Scarpone Staiano LLC

11/28/2007

744 Broad Street
Suite 1901
Newark, NJ 07102

WithumSmith+Brown P.C.
1011 Route 22 West
Suite 100
Bridgewater, NJ 08807

# EXHIBIT "C"

## George Hirsch

**From:** cmecf_help_desk@njb.uscourts.gov
**Sent:** Tuesday, October 23, 2007 4:43 PM
**To:** CourtMail@njb.uscourts.gov
**Subject:** Ch-7 06-10889-MS Motion to Dismiss Case-PITTRA G.B. Intern

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.**

### U.S. Bankruptcy Court

### District of New Jersey

Notice of Electronic Filing

The following transaction was received from Hirsch, George R. entered on 10/23/2007 at 4:43 PM EDT and filed on 10/23/2007
**Case Name:**      PITTRA G.B. International, Inc.
**Case Number:**    06-10889-MS
**Document Number:** 40

**Docket Text:**
Motion to dismiss case for other reasons re:lack of corporate authority to file Filed by George R. Hirsch on behalf of Merrill Lynch Business Financial Services Inc.. Hearing scheduled for 11/13/2007 at 12:00 PM at MS - Courtroom 3A, Newark. (Attachments: # (1) Motion To Dismiss# (2) Brief In Support Of Motion To Dismiss# (3) Declaration Of George R. Hirsch In Support Of Motion To Dismiss with exhibits# (4) Proposed Order Dismissing Bankruptcy Case) (Hirsch, George)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**I:\BANKRUPTCY\A..A-MLBFS\PITTRA, PGB, Kupperman, ets\PITTRA BANKRUPTCY\10-23-07 Motion of Dismissal Filing\Notice of Motion to Dismiss.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1002741850 [Date=10/23/2007] [FileNumber=17014620
-0] [86be769a7791b6736cb0fb42102917531ade0d9be5317d78a92c49872c57e725a
d36b35eb8acbebaf034756eda5b178e32a2f90af34243ed1d23117daa6384f3]]
**Document description:** Motion To Dismiss
**Original filename:**I:\BANKRUPTCY\A..A-MLBFS\PITTRA, PGB, Kupperman, ets\PITTRA BANKRUPTCY\10-23-07 Motion of Dismissal Filing\Motion to Dismiss.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1002741850 [Date=10/23/2007] [FileNumber=17014620
-1] [5d4b62d8955a3d3f85d8514074e42329dc1073370ec6b699534a7bad1d3b3a07a
4807ed0687bcc1b9f4218fcd1fc0ab1fdfbde2f21e30cb6d2e1867038911630]]
**Document description:**Brief In Support Of Motion To Dismiss
**Original filename:**I:\BANKRUPTCY\A..A-MLBFS\PITTRA, PGB, Kupperman, ets\PITTRA BANKRUPTCY\10-23-07 Motion of Dismissal Filing\Brief in Support of Motion to Dismiss.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1002741850 [Date=10/23/2007] [FileNumber=17014620
-2] [8b28040610e5782153b28d0d0d7e2238b45af9c12e4e69886964c11ea223611a7

904151d26ca2854da9abfc3620e221cfb3cc0e36b98d93aaa7a5bb2704ce2d]]

**Document description:** Declaration Of George R. Hirsch In Support Of Motion To Dismiss with exhibits
**Original filename:**I:\BANKRUPTCY\A..A-MLBFS\PITTRA, PGB, Kupperman, ets\PITTRA BANKRUPTCY\10-23-07 Motion of Dismissal Filing\Declaration of George R. Hirsch in Support of Motion to Dismiss.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1002741850 [Date=10/23/2007] [FileNumber=17014620
-3] [5935fc9b92138d560df751caddeb0e93fd4df861d166a62de5b03de40a4cb2bcc
62669af605769211c24fc70a365f4ce819179300a3f7683e936f23ba653a138]]
**Document description:**Proposed Order Dismissing Bankruptcy Case
**Original filename:**I:\BANKRUPTCY\A..A-MLBFS\PITTRA, PGB, Kupperman, ets\PITTRA BANKRUPTCY\10-23-07 Motion of Dismissal Filing\Order Dismissing Bankruptcy Case.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1002741850 [Date=10/23/2007] [FileNumber=17014620
-4] [57ba67d2e5f8689fca027f49e36390fd19764403fcc98b5b6a601e02e5690a1e2
ab5532ff20651123e2e61d28f9dfd31bb0a271fb583369e946e47bdfea28c5f]]

**06-10889-MS Notice will be electronically mailed to:**
U.S. Trustees Office

Christopher P. Anton    canton@budd-larner.com, filingnotice@budd-larner.com

John M. August    jaugust@herrick.com

Gary F. Eisenberg    geisenberg@herrick.com, geisenberg@herrick.com

George R. Hirsch    ghirsch@bressler.com, mkraft@bressler.com;mcaputo@bressler.com;mconnolly@bressler.com

Vincent F. Papalia    vfp@saiber.com, Bonnie@saiber.com

James A. Scarpone    jscarpone@rfbclaw.com, calt@rfbclaw.com

Patricia A. Staiano    pstaiano@hlgslaw.com, pstaiano@hlgslaw.com

Benjamin A. Stanziale    trustee@stanzialelaw.com, nj45@ecfcbis.com

**06-10889-MS Notice will not be electronically mailed to:**

Andrew E. Anselmi
McCusker, Anselmi, Rosen, et. al
127 Main Street
Chatham, NJ 07928

Jonathan T.K. Cohen
McCusker, Anselmi, Rosen et al.
127 Main Street
Chatham, NJ 07928

Hellring, Lindeman, Goldstein & Siegal
Hellring, Lindeman, Goldstein & Siegal
One Gateway Center
8th Floor
Newark, NJ 07102

PITTRA G.B. International, Inc.

11/28/2007

6 South Street, Suite 301
Morristown, NJ 07960

Robertson, Freilich, Bruno & Cohen
Robertson, Freilich, Bruno & Cohen
One Riverfront Plaza 4th fl.
Newark, NJ 07102

Michael M. Rosenbaum
Budd Larner, P.C.
150 John F. Kennedy Parkway
CN 1000
Short Hills, NJ 07078-0999

Scarpone Staiano LLC
Scarpone Staiano LLC
744 Broad Street
Suite 1901
Newark, NJ 07102

WithumSmith+Brown P.C.
1011 Route 22 West
Suite 100
Bridgewater, NJ 08807

11/28/2007

**George Hirsch**

---

**From:** cmecf_help_desk@njb.uscourts.gov
**Sent:** Tuesday, October 23, 2007 4:56 PM
**To:** CourtMail@njb.uscourts.gov
**Subject:** Ch-7 06-10889-MS Withdrawal of document-PITTRA G.B. Intern

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.**

### U.S. Bankruptcy Court

### District of New Jersey

Notice of Electronic Filing

The following transaction was received from Hirsch, George R. entered on 10/23/2007 at 4:56 PM EDT and filed on 10/23/2007
**Case Name:**      PITTRA G.B. International, Inc.
**Case Number:**    06-10889-MS
**Document Number:** 41

**Docket Text:**
Withdrawal of Document (related document:[40] Motion to Dismiss Case, filed by Creditor Merrill Lynch Business Financial Services Inc.) filed by George R. Hirsch on behalf of Merrill Lynch Business Financial Services Inc.. (Hirsch, George)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** I:\BANKRUPTCY\A..A-MLBFS\PITTRA, PGB, Kupperman, ets\PITTRA BANKRUPTCY\10-23-07 Motion of Dismissal Filing\Order On Motion To Dismiss.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1002741850 [Date=10/23/2007] [FileNumber=17014740
-0] [2d9d88129f3f88f97cee63d8b8a380064a34a05460d51a96e2bbac29aff4af1b3
e484e08262dc078236c88a33e4ff3a24364c03e7b3e73fe0289e0256ebcc619]]

**06-10889-MS Notice will be electronically mailed to:**
U.S. Trustees Office

Christopher P. Anton    canton@budd-larner.com, filingnotice@budd-larner.com

John M. August    jaugust@herrick.com

Gary F. Eisenberg    geisenberg@herrick.com, geisenberg@herrick.com

George R. Hirsch    ghirsch@bressler.com, mkraft@bressler.com;mcaputo@bressler.com;mconnolly@bressler.com

Vincent F. Papalia    vfp@saiber.com, Bonnie@saiber.com

James A. Scarpone    jscarpone@rfbclaw.com, calt@rfbclaw.com

11/28/2007

Patricia A. Staiano    pstaiano@hlgslaw.com, pstaiano@hlgslaw.com

Benjamin A. Stanziale    trustee@stanzialelaw.com, nj45@ecfcbis.com

**06-10889-MS Notice will not be electronically mailed to:**

Andrew E. Anselmi
McCusker, Anselmi, Rosen, et. al
127 Main Street
Chatham, NJ 07928

Jonathan T.K. Cohen
McCusker, Anselmi, Rosen et al.
127 Main Street
Chatham, NJ 07928

Hellring, Lindeman, Goldstein & Siegal
Hellring, Lindeman, Goldstein & Siegal
One Gateway Center
8th Floor
Newark, NJ 07102

PITTRA G.B. International, Inc.
6 South Street, Suite 301
Morristown, NJ 07960

Robertson, Freilich, Bruno & Cohen
Robertson, Freilich, Bruno & Cohen
One Riverfront Plaza 4th fl.
Newark, NJ 07102

Michael M. Rosenbaum
Budd Larner, P.C.
150 John F. Kennedy Parkway
CN 1000
Short Hills, NJ 07078-0999

Scarpone Staiano LLC
Scarpone Staiano LLC
744 Broad Street
Suite 1901
Newark, NJ 07102

WithumSmith+Brown P.C.
1011 Route 22 West
Suite 100
Bridgewater, NJ 08807

**George Hirsch**

---

**From:**   cmecf_help_desk@njb.uscourts.gov
**Sent:**   Tuesday, October 23, 2007 5:01 PM
**To:**   CourtMail@njb.uscourts.gov
**Subject:** Ch-7 06-10889-MS Motion to Dismiss Case-PITTRA G.B. Intern

---

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.**

## U.S. Bankruptcy Court

### District of New Jersey

Notice of Electronic Filing

The following transaction was received from Hirsch, George R. entered on 10/23/2007 at 5:00 PM EDT and filed on 10/23/2007
**Case Name:**      PITTRA G.B. International, Inc.
**Case Number:**   06-10889-MS
**Document Number:** 42

**Docket Text:**
Motion to dismiss case for other reasons re:lack of corporate authority Filed by George R. Hirsch on behalf of Merrill Lynch Business Financial Services Inc.. Hearing scheduled for 11/13/2007 at 12:00 PM at MS - Courtroom 3A, Newark. (Attachments: # (1) Motion To Dismiss# (2) Brief Brief In Support Of Motion To Dismiss# (3) Declaration Of George R. Hirsch# (4) Proposed Order) (Hirsch, George)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** I:\BANKRUPTCY\A..A-MLBFS\PITTRA, PGB, Kupperman, ets\PITTRA BANKRUPTCY\10-23-07 Motion of Dismissal Filing\Notice of Motion to Dismiss.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1002741850 [Date=10/23/2007] [FileNumber=17014784
-0] [6fe62adcdfd0039fd7a70be0dc2e0228c1ffcba9bf1172362e249a6fbf8835bf2
9696fef2133878d878cc7afb37313e2c21e32c6c44d79dc9641936223ff9a6f]]
**Document description:** Motion To Dismiss
**Original filename:** I:\BANKRUPTCY\A..A-MLBFS\PITTRA, PGB, Kupperman, ets\PITTRA BANKRUPTCY\10-23-07 Motion of Dismissal Filing\Motion to Dismiss.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1002741850 [Date=10/23/2007] [FileNumber=17014784
-1] [0a38868c84bfb9720587f7a73a8bd69f4b1cd428c9a68fa85ab564a21df94d0cf
a21628937096b876f180067b07103df3fe55aa70b5e9420d852a689c622620a]]
**Document description:** Brief Brief In Support Of Motion To Dismiss
**Original filename:** I:\BANKRUPTCY\A..A-MLBFS\PITTRA, PGB, Kupperman, ets\PITTRA BANKRUPTCY\10-23-07 Motion of Dismissal Filing\Brief in Support of Motion to Dismiss.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1002741850 [Date=10/23/2007] [FileNumber=17014784
-2] [8b762906ecbb6a529548e80ca8450b93765c63eb1610d25bee692e03e0daf2f3f
7b482c7fe1db543d1f7a37ef529b73514bb6f495b74bab271b310471cfdf64c]]

11/28/2007

**Document description:** Declaration Of George R. Hirsch
**Original filename:**I:\BANKRUPTCY\A..A-MLBFS\PITTRA, PGB, Kupperman, ets\PITTRA BANKRUPTCY\10-23-07 Motion of Dismissal Filing\Declaration of George R. Hirsch in Support of Motion to Dismiss.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1002741850 [Date=10/23/2007] [FileNumber=17014784
-3] [05b93b9705fc935bbb4d1db0bd7d5326389ce78310f3297c54d16a0bce0c3ac1c
dd15b334b1e7bd865879262d2e83b9ab3ed3ec50cd472549e9cd9b9737252ac]]
**Document description:**Proposed Order
**Original filename:**I:\BANKRUPTCY\A..A-MLBFS\PITTRA, PGB, Kupperman, ets\PITTRA BANKRUPTCY\10-23-07 Motion of Dismissal Filing\Order On Motion To Dismiss.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1002741850 [Date=10/23/2007] [FileNumber=17014784
-4] [1bd51ea886c674d9227e0109ce7a31993a94da63b94a665291c912ca81e36c4c4
4d03358863c0997ae5b1dbb47acdf1ad4de9926fc27be877c329d24d8ed022f]]

**06-10889-MS Notice will be electronically mailed to:**
U.S. Trustees Office

Christopher P. Anton    canton@budd-larner.com, filingnotice@budd-larner.com

John M. August    jaugust@herrick.com

Gary F. Eisenberg    geisenberg@herrick.com, geisenberg@herrick.com

George R. Hirsch    ghirsch@bressler.com, mkraft@bressler.com;mcaputo@bressler.com;mconnolly@bressler.com

Vincent F. Papalia    vfp@saiber.com, Bonnie@saiber.com

James A. Scarpone    jscarpone@rfbclaw.com, calt@rfbclaw.com

Patricia A. Staiano    pstaiano@hlgslaw.com, pstaiano@hlgslaw.com

Benjamin A. Stanziale    trustee@stanzialelaw.com, nj45@ecfcbis.com

**06-10889-MS Notice will not be electronically mailed to:**

Andrew E. Anselmi
McCusker, Anselmi, Rosen, et. al
127 Main Street
Chatham, NJ 07928

Jonathan T.K. Cohen
McCusker, Anselmi, Rosen et al.
127 Main Street
Chatham, NJ 07928

Hellring, Lindeman, Goldstein & Siegal
Hellring, Lindeman, Goldstein & Siegal
One Gateway Center
8th Floor
Newark, NJ 07102

PITTRA G.B. International, Inc.
6 South Street, Suite 301

11/28/2007

Morristown, NJ 07960

Robertson, Freilich, Bruno & Cohen
Robertson, Freilich, Bruno & Cohen
One Riverfront Plaza 4th fl.
Newark, NJ 07102

Michael M. Rosenbaum
Budd Larner, P.C.
150 John F. Kennedy Parkway
CN 1000
Short Hills, NJ 07078-0999

Scarpone Staiano LLC
Scarpone Staiano LLC
744 Broad Street
Suite 1901
Newark, NJ 07102

WithumSmith+Brown P.C.
1011 Route 22 West
Suite 100
Bridgewater, NJ 08807

# EXHIBIT "D"

BRIAN F. AMERY*
LAWRENCE D. ROSS*
DAVID W. REGER*
RICHARD V. JONES+
MARK T. McMENAMY+
DAVID P. SCHNEIDER+
MARK M. TALSMADGE+
EDWIN A. ZIPF+
GEORGE R. HIRSCH*
CYNTHIA J. BORRELLI DODGE*
ERIC L. CHASE*
DAVID H. PIKUS*
JORDAN S. WEITBERG*
DAVID J. LIBOWSKY*
DONALD J. CAMERSON, II+
DAVID F. BAUMAN+
DOMINICK F. EVANGELISTA*
GENEVIEVE K. LAROBARDIER*
NANCY C. McDONALD+
LAWRENCE E. FENSTER∆
SAMUEL J. THOMAS*
LINDA S. MIRSKY BRENNEMAN+
DIANA C. MANNING*
BENNETT FALK*
KEITH OLIN⊡
ALEX J. SABO⊡
FRANK J. CUCCIO*
ANDREW W. SIDMAN∆
RICHARD C. SZUCH+
JED L. MARCUS*
RONNIE ANN POWELL*
PAUL I. ROSENBERG*
DANIEL R. KORB, JR.+
MIHAL NAHARIA

OF COUNSEL
RICHARD R. SPENCER, JR.+
CLYDE A. SZUCH+

COUNSEL
KENNETH M. MOLTNER∆
MICHAEL J. CONNOLLY+
SHARON H. JACOBY∆

BERNARD BRESSLER
(1928-2005)

# BRESSLER, AMERY & ROSS, P.C.

### ATTORNEYS AT LAW

P.O. BOX 1980
MORRISTOWN, NJ 07962
(973) 514-1200
FAX: (973) 514-1660

HAND DELIVERY:
325 COLUMBIA TURNPIKE
FLORHAM PARK, NJ 07932

www.bressler.com

NEW YORK OFFICE
17 STATE STREET
NEW YORK, NY 10004
(212) 425-9300

FLORIDA OFFICE
HUNTINGTON CENTRE II
2801 S.W. 149TH AVENUE
MIRAMAR, FL 33027
(954) 499-7979

RICHARD J. TEER*
MICHAEL A. COLODNEY+
KIRSTEN McCAW GROSSMAN*
KAREN E. MURPHY+
MATTHEW C. PLANT*
ROBIN C. STEPHAN*
CHRISTIAN D. JOHNSON+
RONALD J. CAMPIONE*
ANGELA M. SCAFURI+
GERD W. STABBERT, JR.*
SEAN C. CALLAHAN*
DENISE S. MULVIHILL*
COREN H. STERN⊡
JASON L. SMITH+
DAVID J. BUTLER*
BENJAMIN J. DiLORENZO+
DAVID G. SMITHAM*
YOONSUN CHUNG*
NIKOLAS S. KOMYATI*
DENNIS E. KADIAN*
EDWARD D. TAN+
A. WESLEY BRIDGES+
DANIELLE R. GREENE*
REGINA PEPE MARTORANA*
DIANA M. HEDRICK⊡
CHRISTOPHER G. MASSEY*
SMIT KAPADIA*
MATTHEW E. WOLPER⊡
RISA M. DAVID+
ANDREW H. GREENIDGE⊡
KIRSTIN K. O'CALLAGHAN*
DEBRA L. RUGGIERI+
JASON K. ROBERTS*
GAVRILA A. BROTZ⊡

*ADMITTED IN NJ AND NY
+ADMITTED IN NJ
∆ADMITTED IN NY
⊡ADMITTED IN FL
⊡ADMITTED IN FL AND NY

WRITER'S DIRECT INFORMATION:

October 23, 2007

**VIA HAND DELIVERY**

James A. Scarpone, Esq.
Robertson, Freilich, Bruno
& Cohen, LLC
One Riverfront Plaza
9th Floor
Newark, New Jersey  07102

Re:  **PITTRA G.B. International, Inc.**
     **Case No:  06-10889 (MS)**

Dear Mr. Scarpone:

Some time ago, you sent us a Fed. R. Bankr. P. 2004 Subpoena seeking documents from and an oral examination of our client, Merrill Lynch Business Financial Services Inc. ("MLBFS").  This letter relates to your Subpoena.

BRESSLER, AMERY & ROSS, P. C.

James A. Scarpone, Esq.
October 23, 2007
Page 2

During a conversation we had in September, you advised that the Trustee anticipated filing an adversary proceeding to determine the extent and validity of liens, and I suggested that it was inappropriate to use Rule 2004 as a substitute for discovery in such an action. You indicate that you would simply file the action. Furthermore, within the past several weeks, we have learned that this bankruptcy case may not be supported by proper corporate authorization. Accordingly, we question the propriety of the Subpoena.

Nevertheless, and without prejudice to MLBFS' rights, we are herewith producing documents bates stamped as 00001 through 01386. As you know, MLBFS produced to you thousands of pages of documents in September 2006 in response to a prior Rule 2004 Subpoena which you served. This completes the production of documents on behalf of MLBFS and constitutes all relevant non-privileged documents except for MLBFS' internal manuals, guidelines, and operating procedures which are not the proper subject of inquiry.

Yours very truly,

George R. Hirsch

GRH/msk
Enclosure
cc:    Patricia A. Staiano, Esq. (w/o encl. via telecopy only)

# EXHIBIT "E"

| User | Application | Activity | Date - Ti... | Durat... | Pag.. | Locati... |
|------|-------------|----------|--------------|----------|-------|-----------|
| MKRAFT | MANAGE32 | Create | 10/17/2007 4:04: | 0:0:0 | 0 | NJ-MKRA |
| MKRAFT | MANAGE32 | Checkout | 10/17/2007 4:04: | 0:0:0 | 0 | NJ-MKRA |
| MKRAFT | WINWORD | Print | 10/17/2007 4:27: | 0:0:0 | 3 | NJ-MKRA |
| MKRAFT | WINWORD | Changed Profile | 10/17/2007 4:28: | 0:0:0 | 0 | NJ-MKRA |
| MKRAFT | WINWORD | Checkin | 10/17/2007 4:28: | 0:24:19 | 0 | NJ-MKRA |
| MKRAFT | WINWORD | Modify | 10/17/2007 4:28: | 0:0:0 | 0 | NJ-MKRA |
| MKRAFT | MANAGE32 | View | 10/17/2007 4:45: | 0:0:0 | 0 | NJ-MKRA |
| MKRAFT | MANAGE32 | View | 10/18/2007 9:55: | 0:0:0 | 0 | NJ-MKRA |
| MKRAFT | MANAGE32 | Checkout | 10/18/2007 9:55: | 0:0:0 | 0 | NJ-MKRA |
| MKRAFT | MANAGE32 | View | 10/18/2007 10:41 | 0:0:0 | 0 | NJ-MKRA |
| MKRAFT | WINWORD | Checkin | 10/18/2007 10:46 | 0:51:13 | 0 | NJ-MKRA |
| MKRAFT | WINWORD | Modify | 10/18/2007 10:46 | 0:0:0 | 0 | NJ-MKRA |
| MKRAFT | OUTLOOK | Mail | 10/18/2007 10:46 | 0:0:0 | 0 | NJ-MKRA |
| MKRAFT | Outlook | Mail | 10/18/2007 10:46 | 0:0:0 | 0 | NJ-MKRA |
| MCONNOL | MANAGE32 | View | 10/18/2007 3:29: | 0:0:0 | 0 | NJ-MCON |
| MCONNOL | MANAGE32 | View | 10/18/2007 3:49: | 0:0:0 | 0 | NJ-MCON |
| MCONNOL | MANAGE32 | View | 10/19/2007 11:42 | 0:0:0 | 0 | NJ-MCON |
| MCONNOL | MANAGE32 | View | 10/19/2007 12:09 | 0:0:0 | 0 | NJ-MCON |
| GRHIRSC | MANAGE32 | Checkout | 10/22/2007 10:38 | 0:0:0 | 0 | NJ-GRHIR |
| GRHIRSC | WINWORD | Print | 10/22/2007 10:38 | 0:0:0 | 3 | NJ-GRHIR |
| GRHIRSC | WINWORD | Print | 10/22/2007 10:39 | 0:0:0 | 3 | NJ-GRHIR |
| GRHIRSC | WINWORD | Checkin | 10/22/2007 10:39 | 0:0:20 | 0 | NJ-GRHIR |
| PMCKEE | MANAGE32 | View | 10/22/2007 1:31: | 0:0:0 | 0 | NJ-PMCK |
| PMCKEE | MANAGE32 | Checkout | 10/22/2007 1:31: | 0:0:0 | 0 | NJ-PMCK |
| PMCKEE | WINWORD | Print | 10/22/2007 1:38: | 0:0:0 | 3 | NJ-PMCK |
| PMCKEE | WINWORD | Modify | 10/22/2007 1:38: | 0:0:0 | 0 | NJ-PMCK |
| PMCKEE | WINWORD | Checkin | 10/22/2007 1:38: | 0:7:45 | 0 | NJ-PMCK |
| PMCKEE | MANAGE32 | View | 10/22/2007 1:38: | 0:0:0 | 0 | NJ-PMCK |
| MKRAFT | MANAGE32 | View | 10/23/2007 10:40 | 0:0:0 | 0 | NJ-MKRA |
| MKRAFT | MANAGE32 | Checkout | 10/23/2007 10:40 | 0:0:0 | 0 | NJ-MKRA |
| MKRAFT | WINWORD | Print | 10/23/2007 10:44 | 0:0:0 | 3 | NJ-MKRA |
| MKRAFT | WINWORD | Modify | 10/23/2007 10:44 | 0:0:0 | 0 | NJ-MKRA |
| MKRAFT | WINWORD | Checkin | 10/23/2007 10:44 | 0:4:2 | 0 | NJ-MKRA |
| MKRAFT | MANAGE32 | View | 10/23/2007 10:44 | 0:0:0 | 0 | NJ-MKRA |
| MKRAFT | MANAGE32 | View | 10/23/2007 10:45 | 0:0:0 | 0 | NJ-MKRA |
| MKRAFT | MANAGE32 | View | 10/23/2007 11:32 | 0:0:0 | 0 | NJ-MKRA |
| MKRAFT | MANAGE32 | Checkout | 10/23/2007 1:00: | 0:0:0 | 0 | NJ-MKRA |
| MKRAFT | MANAGE32 | View | 10/23/2007 1:00: | 0:0:0 | 0 | NJ-MKRA |
| MKRAFT | WINWORD | Changed Profile | 10/23/2007 1:00: | 0:0:0 | 0 | NJ-MKRA |
| MKRAFT | WINWORD | Print | 10/23/2007 1:02: | 0:0:0 | 3 | NJ-MKRA |

| User | Application | Activity | Date - Ti... | Durat... | Pag... | Locati... |
|---|---|---|---|---|---|---|
| MKRAFT | WINWORD | Checkin | 10/23/2007 1:02: | 0:2:27 | 0 | NJ-MKRA |
| MKRAFT | MANAGE32 | View | 10/23/2007 1:02: | 0:0:0 | 0 | NJ-MKRA |
| MKRAFT | WINWORD | Modify | 10/23/2007 1:02: | 0:0:0 | 0 | NJ-MKRA |
| MCONNOL | MANAGE32 | Checkout | 10/23/2007 1:59: | 0:0:0 | 0 | NJ-MCON |
| MCONNOL | WINWORD | Modify | 10/23/2007 1:59: | 0:0:0 | 0 | NJ-MCON |
| MCONNOL | WINWORD | Checkin | 10/23/2007 1:59: | 0:0:24 | 0 | NJ-MCON |
| MCONNOL | MANAGE32 | Checkout | 10/23/2007 1:59: | 0:0:0 | 0 | NJ-MCON |
| MCONNOL | WINWORD | Print | 10/23/2007 2:00: | 0:0:0 | 3 | NJ-MCON |
| MCONNOL | WINWORD | Checkin | 10/23/2007 2:00: | 0:0:35 | 0 | NJ-MCON |
| MKRAFT | MANAGE32 | View | 11/5/2007 2:12:2 | 0:0:0 | 0 | NJ-MKRA |
| MKRAFT | MANAGE32 | Copy | 11/5/2007 2:12:5 | 0:0:0 | 0 | NJ-MKRA |
| GRHIRSC | MANAGE32 | View | 11/28/2007 12:36 | 0:0:0 | 0 | NJ-GRHIR |
| GRHIRSC | MANAGE32 | View | 11/28/2007 12:38 | 0:0:0 | 0 | NJ-GRHIR |
| GRHIRSC | MANAGE32 | View | 11/28/2007 12:39 | 0:0:0 | 0 | NJ-GRHIR |