Michael J. Goettig (MG-3771)
VEDDER PRICE P.C.
1633 Broadway, 47th Floor
New York, New York 10019
*Attorneys for Plaintiff Merrill Lynch Business Financial Services Inc.*
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>PITTRA G.B. INTERNATIONAL, INC.,<br><br>                              Debtor.<br><br>BENJAMIN A. STANZIALE, JR.,<br>Chapter 7 Trustee for<br>PITTRA G.B. INTERNATIONAL, INC.,<br><br>Plaintiff,<br><br>                -against-<br><br>MERRILL LYNCH BUSINESS FINANCIAL SERVICES, INC.,<br><br>                              Defendant. | Case No. 06-10889 (MS)<br><br><br><br>Adv. Pro. No. 08-1131 (MS)<br><br>Hon. Morris Stern<br><br>**CERTIFICATE OF SERVICE** |

    I, Michael J. Goettig, hereby declare, pursuant to 28 U.S.C. 1746, under penalty of perjury, that on October 28, 2008, I caused a copy of the foregoing **NOTICE OF MOTION FOR THE PRO HAC VICE ADMISSION OF MICHAEL M. EIDELMAN** and supporting papers, including the **CERTIFICATION OF MICHAEL J. GOETTIG**, the **CERTIFICATION OF MICHAEL M. EIDELMAN** and the proposed **ORDER** to be served by electronically filing same, thereby ensuring that James A. Scarpone, attorney for Benjamin A. Stanziale, Jr., the Chapter 7 Trustee for Pittra G.B. International, Inc., and a registered e-filer and registered to receive e-notices in this case, received copies of same.

DATED: October 28, 2008                                   s/ Michael J. Goettig
                                                                       Michael J. Goettig

NEWYORK/#201456.1