UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
_____
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Michael J. Goettig, Esq. (MG 3771)
VEDDER PRICE P.C.
1633 Broadway, 47th Floor
New York, NY 10019
(212) 407-7781
Attorneys for Merrill Lynch Business Financial
Services, Inc.

| | |
|---|---|
| In Re: | Case No.: ___06-10889/ 08-1131___ |
| Pittra G.B. International, Inc.; Stanziale v. Merrill Lynch Business Financial Services, Inc. (Adv. Pro.) | Judge: ___Hon. Morris Stern___ |
| | Chapter: ___7___ |

Order Filed on
**11/7/2008**
by Clerk U.S. Bankruptcy
Court District of New Jersey

| | | | |
|---|---|---|---|
| Recommended Local Form: | ☑ Followed | ☐ Modified | |

## ORDER FOR ADMISSION PRO HAC VICE

The relief set forth on the following page is hereby **ORDERED**.

**DATED: 11/7/2008**

Honorable Morris Stern
United States Bankruptcy Judge

This matter having been brought before the Court on application for an Order For Admission Pro Hac Vice; and the Court having reviewed the moving papers of the applicant, out-of-state attorney, and considered this matter pursuant to Fed.R.Civ.Proc.78, D.N.J. L.Civ.R.101.1 and D.N.J. LBR 2090-1, and good cause having been shown; it is

ORDERED that _____ Michael M. Eidelman _____ be permitted to appear pro hac vice; provided that pursuant to D.N.J. L.Civ. R. 101.1(4), an appearance as counsel of record shall be filed promptly by a member of the bar of this Court upon whom all notices, orders and pleadings may be served, and who shall promptly notify the out-of-state attorney of their receipt. Only an attorney at law of this Court may file papers, enter appearances for parties, sign stipulations, or sign and receive payments on judgments, decrees or orders, and it is further

ORDERED that the applicant shall arrange with the New Jersey Lawyers' Fund for Client Protection for payment of the annual fee, for this year and for any year in which the out-of-state attorney continues to represent a client in a matter pending in this Court in accordance with New Jersey Court Rule 1:28-2 and DNJ L. Civ. R. 101.1, said fee to be deposited within twenty (20) days of the date of the entry of this Order, and it is further

ORDERED that the $150.00 fee required by D.N.J.L. Civ. R. 101(c)(3) for pro hac vice admission to the District Court for the District of New Jersey shall also be payable within twenty (20) days of entry of this Order. Payment in the form of a check must be payable to "Clerk, USDC" and forwarded to the Clerk of the United States Bankruptcy Court for the District of New Jersey at the following address, for forwarding by the Clerk to the District Court:

United States Bankruptcy Court
District of New Jersey
Martin Luther King, Jr. Federal Building
50 Walnut Street
Newark, N.J. 07102
*Attention: Pro Hac Vice Admissions*;

and it is further ORDERED that the applicant shall be bound by the Local Rules of the United States District Court for the District of New Jersey and the Local Rules of Bankruptcy Procedure for the District of New Jersey; and it is further

2

*Approved by Judge Morris Stern November 07, 2008*

ORDERED that the Clerk shall forward a copy of this Order to the Treasurer of New Jersey Lawyers' Fund for Client Protection within 5 days of its date of entry.

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that I served a copy of this Order on the applicant and the Treasurer of the New Jersey Lawyers' Fund for Client Protection, Richard J. Hughes Justice Complex, P.O. Box 961, Trenton, NJ 08625-0961 on _____,
20____.

JAMES J. WALDRON, Clerk

*rev.6/1/06.jml*

3

*Approved by Judge Morris Stern November 07, 2008*

Michael J. Goettig (MG-3771)
VEDDER PRICE P.C.
1633 Broadway, 47th Floor
New York, New York 10019
*Attorneys for Plaintiff Merrill Lynch Business Financial Services Inc.*
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: <br><br> PITTRA G.B. INTERNATIONAL, INC., <br><br>             Debtor. <br><br> BENJAMIN A. STANZIALE, JR., <br> Chapter 7 Trustee for <br> PITTRA G.B. INTERNATIONAL, INC., <br><br> Plaintiff, <br><br>          -against- <br><br> MERRILL LYNCH BUSINESS FINANCIAL SERVICES, INC., <br><br>          Defendant. | Case No. 06-10889 (MS) <br><br><br><br> Adv. Pro. No. 08-1131 (MS) <br><br> Hon. Morris Stern <br><br> **ORDER FOR THE *PRO HAC VICE* ADMISSION OF <br> <u>MICHAEL M. EIDELMAN</u>** |

**THIS MATTER**, having been brought by Vedder Price P.C., 1633 Broadway, 47th Floor, New York, New York 10019, attorneys for plaintiff Merrill Lynch Business Financial Services Inc. ("Merrill Lynch"), for an Order permitting the *pro hac vice* admission of Michael M. Eidelman, Esq., pursuant to D.N.J. LBR 2090-1(B), and the Court having considered the papers submitted and for good cause shown;

It is on this _____ day of _____, 2008,

**ORDERED** that the *pro hac vice* admission of Michael M. Eidelman, Esq., is hereby granted; and it is

NEWYORK/#201456.1

*Approved by Judge Morris Stern November 07, 2008*

**FURTHER ORDERED** that Michael M. Eidelman, Esq., of Vedder Price P.C., 222 North LaSalle Street, Chicago, Illinois 60601, is hereby admitted to the Bar of the District of New Jersey for the purpose of representing Merrill Lynch before this Court in this action; and it is

**FURTHER ORDERED** that Michael M. Eidelman, Esq. shall receive notification via electronic mail of all electronic filings in the above captioned action by delivering such notification to the e-mail address meidelman@vedderprice.com.

**FURTHER ORDERED** that:

1.    Michael M. Eidelman, Esq., shall abide by the applicable District of New Jersey Bankruptcy Court Rules, including all disciplinary rules;

2.    Michael M. Eidelman, Esq., shall consent to the appointment of the Clerk of the Supreme Court as an agent upon whom service of process may be made for all actions against his firm that may arise out of his participation in this matter;

3.    Michael M. Eidelman, Esq., shall notify this Court immediately of any matter affecting his standing at the bar of any other Court;

4.    Michael M. Eidelman, Esq., shall have all pleadings, briefs and other papers filed with the Court signed by an attorney of record authorized to practice in this State, who shall be held responsible for them, the conduct of the cause and the admitted attorney herein;

5.    Michael M. Eidelman, Esq., must, within 10 days, pay the required fees to the client security fund of the Bar of New Jersey pursuant to R. 1:28-2(a), and to the Clerk of the U.S. District Court pursuant Local Civil Rule 101.1(c)(3);

6.    Automatic termination of *pro hac vice* admission will occur for failure to make the required annual payment to the New Jersey Lawyer's Fund for Client Protection. Proof of such payment, after filing proof of the initial payment, shall be made no later than November of each year;

7.    Noncompliance with any of these requirements shall constitute grounds for removal; and

8.    A copy of this order shall be served on all parties within seven (7) days.

_____

Dennis M. Cavanaugh, U.S.D.J.

NEWYORK/#201456.1

*Approved by Judge Morris Stern November 07, 2008*

# CERTIFICATE OF NOTICE

```
District/off: 0312-2        User: whealy           Page 1 of 1            Date Rcvd: Nov 07, 2008
Case: 06-10889             Form ID: pdf903         Total Served: 1


The following entities were served by first class mail on Nov 09, 2008.
db             +PITTRA G.B. International, Inc.,   6 South Street, Suite 301,   Morristown, NJ 07960-8108

The following entities were served by electronic transmission.
NONE.                                                                                 TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 09, 2008**                          **Signature:**  _Joseph Speetjens_