**ROBERTSON, FREILICH, BRUNO & COHEN, LLC**
**James A. Scarpone, Esq.**
The Legal Center
One Riverfront Plaza
Newark, New Jersey 07102
(973) 848-2100
Co-Counsel for Benjamin A. Stanziale, Jr., Chapter 7 Trustee

### UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Bankruptcy Case No. 06-10889 (MS) |
| PITTRA G.B. INTERNATIONAL, INC., | Chapter 7 Proceeding |
| Debtor. | Honorable Morris Stern |

### CERTIFICATE OF SERVICE

I, James A. Scarpone, certify that on January 9, 2009, I caused the original of the Notice of Motion For Approval of Settlement, Certification of Benjamin A. Stanziale, Jr., Esq, in Support, and proposed from of Order to be filed, via electronic means with the Clerk, United States Bankruptcy Court, M.L. King, Jr. Federal Building & Courthouse, 50 Walnut Street, Newark, New Jersey 07102; and copies of said documents served electronically to counsel to: the U.S. Trustee's Office; Benjamin A. Stanziale, Jr., trustee@stanzialelaw.com; Patricia A. Staiano, Esq., pstaiano@hlgslaw.com; Vincent F. Papalia, Esq., vfp@saiber.com; Michael J. Goettig, Esq., mgoettig@vedderprice.com; Gary F. Eisenberg, Esq., geisenberg@herrick.com; John M. August, Esq.; jaugust@herrick.com; and Christopher P. Anton, Esq.; canton@budd-larner.com.

I also certify that the above documents have been served on January 9, 2009, via first class mail to the following:

John P. Gleason, Esq.
Gleason & Koatz, LLP
22 East 42nd Street
New York, NY   10168


Jeffrey A. Lester, Esq.
Braverman & Lester
374 Main Street
Hackensack, NJ   07601


I certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.


       /s/ James A. Scarpone
       James A. Scarpone

Dated:   January 9, 2009