Order Filed on
2/2/2009
by Clerk U.S. Bankruptcy
Court District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**JAMES A. SCARPONE, ESQ.**
**ROBERTSON, FREILICH, BRUNO & COHEN, LLC**
The Legal Center
One Riverfront Plaza
Newark, New Jersey 07102
973-848-2133
Co-counsel for Benjamin A. Stanziale, Jr., Esq.,
Chapter 7 Trustee

In re:

    PITTRA G.B. INTERNATIONAL, INC.

              Debtor.

Case No.: 06-10889(MS)

Chapter 7

Hearing Date: February 2, 2009

Judge Morris Stern

**ORDER APPROVING SETTLEMENT OF CLAIMS
MERRILL LYNCH COMMERCIAL FINANCE CORP., JPMORGAN
CHASE, N.A., E. ROSS BROWNE, EMPRESAS LOURDES, S.A. AND
JEFFREY A. LESTER, ESQ., TRUSTEE IN CHAPTER 7 FOR THE
BANKRUPT ESTATE OF PAULETTE KRELMAN**

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: 2/2/2009**

_/s/ Morris Stern_
Honorable Morris Stern
United States Bankruptcy Judge

———————————————
Hon. Morris Stern, Judge
United States Bankruptcy Court for the
District of New Jersey

DATED:

{00086850.DOC;1}

In re: PITTRA G.B. International, Inc.
Case No. 06-10889 (MS)
Order Approving Settlement of Claims Against Merrill Lynch Commercial Finance Corp., JPMorgan Chase, N.A., E. Ross Browne, Empresas Lourdes, S.A., and Jeffrey A. Lester, Esq., Trustee in Chapter 7 for the Bankrupt Estate of Paulette Krelman

This application having been brought by Benjamin A. Stanziale, Jr., Esq., Chapter 7 Trustee for the Bankruptcy Estate of PITTRA G.B. International, Inc., by and through his attorneys Robertson, Freilich, Bruno & Cohen, LLC for settlement of the Bankruptcy Estate's claims against Merrill Lynch Commercial Finance Corp., JPMorgan Chase, N.A., E. Ross Browne, Empresas Lourdes, S.A., and Jeffrey A. Lester, Esq., Trustee in Chapter 7 for the Bankrupt Estate of Paulette Krelman, and the Court having considered the papers filed and for reasons for good cause, it is hereby

**ORDERED** that the Chapter 7 Trustee's Motion for Approval of Settlement of the Claim Against Merrill Lynch Commercial Finance Corp. be and hereby is **GRANTED**; and it is further

**ORDERED** that the Chapter 7 Trustee's Motion for Approval of Settlement of the Claim Against JPMorgan Chase, N.A. be and hereby is **GRANTED**; and it is further

**ORDERED** that the Chapter 7 Trustee's Motion for Approval of Settlement of the Claim against E. Ross Browne be and hereby is **GRANTED**; and it is further

**ORDERED** that the Chapter 7 Trustee's Motion for Approval of Settlement of the Claim Against Empresas Lourdes, S.A. be and hereby is **GRANTED**; and it is further

**ORDERED** that the Chapter 7 Trustee's Motion for Approval of Settlement of the Claim Against Jeffrey A. Lester, Esq., Trustee in Chapter 7 for the Bankrupt Estate of Paulette Krelman be and hereby is **GRANTED**; and it is further

**ORDERED** that the Settlement Agreement attached as Exhibit A to the Certification of Benjamin A. Stanziale, Jr., Esq. in Support of the Motion be and hereby is approved.

*Approved by Judge Morris Stern February 02, 2009*