# UNITED STATES BANKRUPTCY COURT

District of New Jersey  
MLK Jr Federal Building  
50 Walnut Street  
Newark, NJ 07102

                      Case No.: 06–10889–MS  
                      Chapter: 7  
                      Judge: Morris Stern

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):  
    PITTRA G.B. International, Inc.  
    6 South Street, Suite 301  
    Morristown, NJ 07960

Social Security No.:

Employer's Tax I.D. No.:  
    22–3834289

## NOTICE OF PROPOSED SETTLEMENT OF CONTROVERSY

      Benjamin A. Stanziale Jr., Trustee in the above captioned case, proposes to settle an action, the nature of which is described below.

      If any creditor or other party in interest has an objection to the settlement, the objection and a request for a hearing on such objection shall be in writing, served upon the person named below and filed with the Clerk of the United States Bankruptcy Court.

      Such objection and request shall be filed with the Clerk and served upon the person named below no later than July 15, 2010.

      In the event an objection is timely filed a hearing thereon will be held before the Honorable Morris Stern on:

DATE:            8/2/10  
TIME:            12:00PM  
COURTROOM:   3A

      If no objection is filed with the Clerk and served upon the person named below on or before July 15, 2010, the settlement will be consummated as proposed on or after twenty–five (25) days from the date of this notice.

      The nature of the action and the terms of the settlement are as follows:

Nature of the Action:

The Trutsee seeks the return of a $100,000.00 payment by the Debtor to Budd Larner pursuant to 11.U.S.C. Sec 547(b). Burdd Larner argues the payment does not qualify as an avoidable payment under the statute.

Terms of the Settlement:

After negotiations with counsel, Budd Larner has agreed to return $50,000.00 in full settlement of this matter within ten (10) days of the Court's approval of this settlement. The Trustee believes this settlement is in the best interest

of the estate since it will result in a swift payment and
avoid the uncertainty and expense of a trial.

    Requests for information about the nature of the action or the terms of the settlement should be directed to the Trustee at:
Benjamin A. Stanziale Jr.
Stanziale & Stanziale
29 Northfield Ave
Suite 201
West Orange, NJ 07052
(973) 731−9393

    or the trustee's attorney (if applicable) at:
Patricia A. Staiano
Hellring, Lindeman, Goldstein & Siegal
One Gateway Center, 8th Floor
Newark, NJ 07102
973−621−9020


Dated: June 28, 2010
JJW:

                                            James J. Waldron
                                            Clerk

# CERTIFICATE OF NOTICE

```
District/off: 0312-2          User: rhernand              Page 1 of 2           Date Rcvd: Jun 28, 2010
Case: 06-10889                Form ID: 161                Total Noticed: 36


The following entities were noticed by first class mail on Jun 30, 2010.
db         +PITTRA G.B. International, Inc.,    6 South Street, Suite 301,    Morristown, NJ 07960-8108
aty        +Hellring, Lindeman, Goldstein & Siegal,    Hellring, Lindeman, Goldstein & Siegal,
             One Gateway Center,    8th Floor,    Newark, NJ 07102-5323
aty        +Michael M Eidelman,    Vedder Price PC,    222 North LaSalle Street,    Suite 2600,
             Chicago, IL 60601-1104
aty         Robertson, Freilich, Bruno & Cohen,    Robertson, Freilich, Bruno & Cohen,
             One Riverfront Plaza 4th fl.,    Newark, NJ  07102
aty        +Scarpone Staiano LLC,    Scarpone Staiano LLC,    744 Broad Street,    Suite 1901,
             Newark, NJ 07102-3848
smg         U.S. Attorney,    970 Broad St.,    Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg        +United States Trustee,    Office of the United States Trustee,    One Newark Center,    Suite 2100,
             Newark, NJ 07102-5235
cr         +JPMorgan Chase Bank, N.A.,    c/o Herrick, Feinstein LLP,    One Gateway Center,
             Attn:  John M. August,    Newark, NJ 07102-5310
acc        +WithumSmith+Brown P.C.,    1011 Route 22 West,    Suite 100,    Bridgewater, NJ 08807-2950
507612572  +Arthur Kupperman,    c/o PGB International LLC,    6 South Street, Suite 301,
             Morristown, NJ 07960-8108
507736235  +Arthur Kupperman,    6 South St.,    Morristown, NJ 07960-8110
507612564   Changsha Industrial Products & Minerals,    150 Chaoyand Road,    Changsha,    Hunan Province 410001,
             CHINA
507619310  +Changsha Industrial Products & Minerals,    Weinstock & O'Malley, P.A.,    PO Box 5419,
             Clinton, NJ 08809-0419
507612565  +Christopher J. Christie, U.S. Attorney,    970 Broad Street, Room 700,    Newark, NJ 07102-2534
507612566  +Clark Atcheson & Reisert,    7800 River Road,    North Bergen, NJ 07047-6245
507671788   Clark Atcheson & Reisert,    Attorneys on behalf of Seatrade Int.,    and Cosco North America, Inc.,
             7800 River Road,    North Bergen, NJ 07047-6245
507612567  +Cosco North America, Inc.,    100 Lightning Way,    Secaucus, NJ 07094-3683
508078846  +Department ot the Treasury IRS,    955 S Springfield Ave., Bldg A,    Springfield NJ 07081-3570
507612568  +District Dir. of Internal Revenue Serv.,    Atten: Spec. Proced., Bankruptcy Sec,
             955 So. Springfield Ave, Build A 3rd Flr,    PO Box 744,    Springfield, NJ 07081-3570
507644830  +Empresas Lourdes,    Attn Gleason & Koatz, LLP,    230 Park Avenue,    New York, NY 10169-0005
507612569   Empressa Lourdes S.A.,    Santelices 2830,    Isle de Maipo,    CHILE
507612570  +Gleason & Koatz, LLP,    230 Park Avenue,    New York, NY 10169-0005
507612571  +Honorable Alberto Gonzalez,    Attorney General, U.S.A.,    Dept. of Justice - Civil Division,
             950 Pennsylvania Ave.,    Washington, DC 20530-0009
508071551  +Internal Revenue Service,    955 S. Springfield Ave.,    Bldg. A,    Springfield, NJ 07081-3636
507612573  +Lazar Levine & Felix LLP,    350 Fifth Avenue,    Suite 6820,    New York, NY 10118-0170
507612574   Margaret Holland, Deputy Atty General,    Dept. of Law & Public Safety,
             Richard J. Hughes Justice Complex,    25 West Market Street, P.O. Box 106,
             Trenton, NJ 08625-0106
507612575  +McCusker Anselmi, et al.,    127 Main Street,    Chatham, NJ 07928-2404
507838402  +Merrill Lynch Business Financial Services, Inc.,    c/o Bressler, Amery & Ross, P.C.,
             P.O. Box 1980,    Morristown, NJ 07962-1980
507612576   Peter C. Harvey, Attorney General,    Dept. of Law and Public Safety,
             Richard J. Hughes Justice Complex,    25 West Market Street, PO Box 080,    Trenton, NJ 08625-0080
507612579  ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
             TRENTON NJ 08646-0245
             (address filed with court: State of New Jersey,    Division of Taxation,    50 Barrack Street,
             P.O. Box 269,    Trenton, NJ 08695-0269)
507612577  +Seatrade International, Inc.,    100 Lightning Way,    Secaucus, NJ 07094-3681
507612578   Shaanxi Mach & Equip Import Export Corp.,    29 Chang Le Zhong Road,    Xi'An,    CHINA
507612580  +Weinstock & O'Malley,    107 W. Main Street,    P.O. Box 5419,    Clinton, NJ 08809-0419
507612581  +Windels Marx Lane, et al.,    120 Albany Street Plaza,    New Brunswick, NJ 08901-2163
507612582   Yantai Golden Tide Fruits & Veg. Co.,    230 Hedong Road,    Qishan Town, Zhaoyuan City,    265400,
             CHINA
507612583   Yantai North Andre Juice Co., Ltd.,    188 Central Street,    Muping Economic & Tech Dev Zone,
             Yantai, Shandong Province,    CHINA

The following entities were noticed by electronic transmission.
NONE.                                                                                               TOTAL: 0

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
507662019    Shaanxi Machinery & Equipment Import & Export Corp
507735391    Yantai North Andre Juice Co., Ltd.
507735392    Yanti North Andre Juice, Inc.
                                                                                                TOTALS: 3, * 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0312-2          User: rhernand           Page 2 of 2              Date Rcvd: Jun 28, 2010
Case: 06-10889                Form ID: 161             Total Noticed: 36
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 30, 2010**                    **Signature:** _Joseph Speetjens_