**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

### D.N.J. LBR 2016-1, FEE APPLICATION COVER SHEET

| | |
|---|---|
| IN RE: Pittra G.B. International, Inc. | APPLICANT: Withum Smith + Brown PC |
| CASE NO.: 06-10889 (MS) | CLIENT: Trustee |
| CHAPTER: 7 | CASE FILED: February 9, 2006 |

COMPLETION AND SIGNING OF THIS FORM CONSTITUTES A CERTIFICATION UNDER PENALTY OF PERJURY, PURSUANT TO 28 U.S.C. SECTION 1746.

RETENTION ORDER(S) ATTACHED

**SECTION 1**
**FEE SUMMARY**

INTERIM FEE APPLICATION NO. _____ OR FINAL FEE APPLICATION __X__

| | FEES | EXPENSES |
|---|---|---|
| TOTAL PREVIOUS FEE REQUESTED: | $ NONE | $ NONE |
| TOTAL FEES ALLOWED TO DATE: | $ NONE | $ NONE |
| TOTAL RETAINER (IF APPLICABLE) | $ NONE | $ NONE |
| TOTAL HOLDBACK (IF APPLICABLE) | $ NONE | $ NONE |
| TOTAL RECEIVED BY APPLICANT | $ NONE | $ NONE |

| NAME OF PROFESSIONAL & TITLE | YEAR ADMITTED (OR YEARS OF PROFESSIONAL SERVICE) | HOURS | RATE | FEE |
|---|---|---|---|---|
| 1  Kenneth DeGraw CPA, Partner (to 6/30/06) | 1986 | 0.3 | 260 | 78.00 |
| Kenneth DeGraw CPA, Partner (to 6/30/10) | | 0.3 | 365 | 109.50 |
| Kenneth DeGraw CPA, Partner (to 6/30/11) | | 4.0 | 375 | 1,500.00 |
| 2  Kristen Carriel, Accountant | 2 | 11.0 | 170 | 1,870.00 |
| 3  Scott Pintabone, CPA | 2010 | 1.5 | 215 | 322.50 |
| 4  Linda Buttafogo, Paraprofessional | | 1.7 | 100 | 170.00 |
| 5 | | | | - |
| 6 | | | | - |
| | | | | - |

| | |
|---|---|
| FEE TOTALS - PAGE 2 | 4,050.00 |
| DISBURSEMENTS TOTALS - PAGE 3 | - |
| TOTAL FEE APPLICATION | 4,050.00 |

## SECTION III
## SUMMARY OF DISBURSEMENTS

| DISBURSEMENTS AMOUNT | AMOUNT |
|---|---|
| a) Computer Assisted Legal Research | |
| b) Facsimile (with rates)<br>No. of Pages          Rate per Page (Max. $1.00/pg.) | |
| c) Long Distance Telephone | |
| d) In-House Reproduction<br>No. of Pages          Rate per Page (Max. .20¢pg.) | |
| e) Outside Reproduction | |
| f) Outside Research | |
| g) Filing/Court Fees | |
| h) Court Reporting | |
| i) Travel | |
| j) Courier & Express Carriers (e.g., Federal Express) | |
| k) Postage | |
| l) Other (Explain)     State Status Update | |
| DISBURSEMENTS TOTAL: | - |

SECTION II
SUMMARY OF SERVICES

| SERVICES RENDERED | HOURS | FEE |
|---|---|---|
| a) Asset Analysis and Recovery | | |
| b) Asset Disposition | | |
| c) Business Operations | | |
| d) Case Administration | | |
| e) Claims Administration and Objections | | |
| f) Employee Benefits/Pensions | | |
| g) Fee/Employment Applications | | |
| h) Fee/Employment Objections | 1.30 | 453.00 |
| i) Financing | | |
| j) Litigation (Other than Avoidance Action Litigation) | | |
| k) Avoidance Action Litigation | | |
| l) Meetings of Creditors | | |
| m) Plan and Disclosure Statement | | |
| n) Relief from Stay Proceedings | | |
| o) Regulatory Compliance | | |
| p) Travel | | |
| q) Accounting/Auditing | | |
| r) Business Analysis | | |
| s) Corporate Finance and Valuation | | |
| t) Data Analysis | | |
| u) Litigation Consulting | | |
| v) Reconstruction Accounting | | |
| w) Tax Issues | 17.50 | 3,597.00 |
| x) Other (specify category) | | |
| SERVICES TOTAL: | 18.80 | 4,050.00 |

SECTION IV
CASE HISTORY

(NOTE: Items 3 - 6 are not applicable to applications under 11 U.S.C. § 506)

(1) DATE CASE FILED:        February 9, 2006

(2) CHAPTER UNDER WHICH CASE WAS COMMENCED:    Chapter 7

(3) DATE OF RETENTION:        March 3, 2006
    (ANNEX COPY OF ORDER(S))
    IF LIMIT ON NUMBERS OF HOURS OR OTHER LIMITATIONS
    TO RETENTION, SET FORTH:

(4) SUMMARIZE IN BRIEF THE BENEFITS TO THE ESTATE AND ATTACH SUPPLEMENTS AS NEEDED:
    We have prepared the debtors tax returns for the years of 2005-2009 inclusive. In addition we have reviewed various communications from tax authorities and have responded to same.

(5) ANTICIPATED DISTRIBUTION TO CREDITORS:
    (A) ADMINISTRATION EXPENSES:
    (B) SECURED CREDITORS
    (C) PRIORITY CREDITORS
    (D) GENERAL UNSECURED CREDITOR

(6) FINAL DISPOSITION OF CASE AND PERCENTAGE OF DIVIDEND PAID TO CREDITOR (IF APPLICABLE):

I certify under penalty of perjury that the foregoing is true and correct.

_____          1-3-11
SIGNATURE OF APPLICANT                          DATE